| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter   **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spybar Management, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1710745** |
| 4. | **Debtor's address** | **Principal place of business**  **303 W. Erie St., Ste. 220**  **Chicago, IL 60654**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.spybarchicago.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Spybar Management, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7224**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Spybar Management, LLC**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Spybar Management, LLC**   Case number (*if known*)
　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 27, 2019**
　　　　　　　MM / DD / YYYY

**X /s/ Garrett Belschner**　　　　　　　　　　**Garrett Belschner**
Signature of authorized representative of debtor　　Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ E. Philip Groben**　　　　　　　　　　Date **February 27, 2019**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**E. Philip Groben 6299914**
Printed name

**Gensburg Calandriello & Kanter, P.C.**
Firm name

**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone **(312) 263-2200**　　Email address

**6299914 IL**
Bar number and State

## WRITTEN CONSENT OF GARRETT BELSCHNER AND DINO GARDIAKOS AS MANAGERS OF SPYBAR MANAGEMENT, LLC

As of February 22, 2019

The undersigned, Garrett Belschner and Dino Gardiakos (the "**Managers**") being the only Managers of Spybar Management, LLC, an Illinois limited liability company (the "**Company**"), hereby takes the following actions in lieu of a special meeting of the Manager, pursuant to the law of the State of Illinois, and the Operating Agreement of the Company, waiving all rights of notice thereto, as follows:

**WHEREAS**, the Company is presently experiencing financial difficulties due in part to the obligations owed to Byline Bank;

**WHEREAS**, Byline Bank has already initiated legal proceedings in Cook County, Illinois styled *Byline Bank v. Spybar Management, LLC, at al.*, Case No. 2018-L-050529 (the "**Replevin Action**");

**WHEREAS**, pursuant to the Replevin Action, a replevin of the Company's assets is scheduled to be submitted to the Sheriff of Cook County, Illinois for execution on February 25, 2019 (the "**Replevin**");

**WHEREAS**, the Managers have reviewed the materials presented by the Company's management and advisors regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Managers have had the opportunity to consult with the Company's management and advisors and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS,** the Managers of the Company have recommended the Company file a voluntary Chapter 11 petition under the Title 11 of the United States Code (the "**Bankruptcy Code**"), and also consents to the filing of a Chapter 11 petition under the Bankruptcy Code;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgement of the undersigned, it is desirable and in the best interest of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under Chapter 11 of Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**");

**AND BE IT FURTHER RESOLVED**, that Garrett Belschner, (the "**Authorized Representative**"), is hereby authorized, empowered, and directed to file with the Court, on behalf of the Company and in its name, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative is hereby authorized, directed and empowered, on behalf of the Company, to execute and file all petitions, schedules, lists and other papers or documents, and to take any and all action which it deems necessary or proper to obtain relief under or in connection with such Chapter 11 case;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative is hereby directed to employ (and does hereby conform and ratify any prior employment of) both the law firm of Gensburg Calandriello & Kanter, P.C. and E. Philip Groben as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Authorized Representative of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate bankruptcy retainers prior to the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Gensburg Calandriello & Kanter, P.C. and E. Philip Groben;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative of the Company is hereby authorized and directed to employ any other firm or individuals as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and, in connection therewith, the Authorized Representative of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of a Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firm or person;

**AND BE IT FURTHER RESOLVED**, that, from and after the filing by the Company of a Chapter 11 bankruptcy petition, the Authorized Representative is hereby authorized to conduct business operations as determined by him to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties, which may include, but not be limited to, a determination to continue business operations with a view towards reorganizing or selling the Company and/or its assets;

**AND BE IT FURTHER RESOLVED**, that, from and after the filing by the Company of a Chapter 11 Bankruptcy petition, the Authorized Representative is hereby authorized to make or cause to be made all filing and declarations as determined by him to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative of the Company is hereby authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company or otherwise approved by the Court, and to enter into any debtor-in-possession financing facilities, guarantees, or other related documents and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing facilities, guarantees, or other related documents and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing, and in connection therewith, the Authorized Representative of the Company is hereby authorized and directed to execute appropriate loan agreements, and related ancillary documents, whether consented to or contested by the Company's existing creditors;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative, together with any other authorized bank account signatory designated by any Authorized Representative, is hereby authorized, empowered, and directed on behalf of the Company and in its name to take all actions and execute and deliver all documents as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, the opening of new deposit accounts as a debtor-in-possession under the Bankruptcy Code;

**AND BE IT FURTHER RESOLVED**, that the Authorized Representative of the Company is hereby authorized and empowered to, in the name of and on behalf of the Company, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgement of such Authorized Representative, upon the advice of the Company's counsel and/or financial advisors, shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, capitalization, and ownership of the company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions;

**AND BE IT FURTHER RESOLVED**, that all actions heretofore taken by any Authorized Representative of the company, on the name and on behalf of the Company, in connection with the designation described in the foregoing resolutions be, and the same hereby are, ratified, approved and confirmed in all respects;

**AND BE IT FURTHER RESOLVED**, that all acts and deeds heretofore done or actions taken by any Authorized Representative or agent of the Company in entering into, executing, acknowledging or attesting to any arrangements, instruments or documents in carrying out the terms and intentions of the foregoing recitals and resolutions and each of them are hereby in all respects ratified, approved and confirmed; and

**AND BE IT FURTHER RESOLVED**, that this Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same document. Facsimile, email or other electronically delivered signatures shall have the same effects as original signatures.

**THERE BEING NO FURTHER BUSINESS TO CONSIDER**, this consent is hereby concluded as of the date first set forth above.

Garrett Belschner as Manager Spybar Management, LLC

By: _____
Garrett Belschner, Manager


Dino Gardiakos as Manager Spybar Management, LLC

By: _____
Dino Gardiakos, Manager

Fill in this information to identify the case:
Debtor name: **Spybar Management, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ASCAP<br>PO Box 331608<br>Nashville, TN 37203 | | | | | | $3,792.38 |
| Bank Direct<br>Two Conway Park<br>150 North Field Dr., Ste 190<br>Lake Forest, IL 60045 | | | | | | $7,574.35 |
| Byline Bank<br>180 N. LaSalle St.<br>Chicago, IL 60601 | | Equipment, Fixtures, Inventory, Goods, Accounts, Instruments, Chattel Paper, and General Intangibles | | $423,043.16 | $50,000.00 | $373,043.16 |
| Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | | | | | | $27,000.00 |
| Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094 | | | | | | $16,342.00 |
| Citibank/Choice<br>PO Box 183037<br>Columbus, OH 43218 | | | | | | $19,000.00 |
| Dino Gardiakos<br>814 N. Wood St., #2S<br>Chicago, IL 60622 | | | | | | $100,000.00 |
| Garrett Belschner<br>230 W. Division St., #1202<br>Chicago, IL 60610 | | | | | | $150,000.00 |

| Debtor | **Spybar Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Garrett Birch** <br> **3936 N. Pulaski Rd., #2N** <br> **Chicago, IL 60641** | | | | | | $7,100.00 |
| **Illinois Department of Revenue** <br> **P.O. Box 19035** <br> **Springfield, IL 62794-9035** | | | | | | Unknown |
| **John Curley** <br> **340 W. Superior #604** <br> **Chicago, IL 60654** | | | | | | $17,000.00 |
| **John Curley** <br> **340 W. Superior #604** <br> **Chicago, IL 60654** | | | | | | $16,000.00 |
| **Marco Sgalbazzini** <br> **5257 Willowcrest Ave., Apt. 202** <br> **North Hollywood, CA 91601** | | | | | | $7,354.00 |
| **Marty McKenna** <br> **PO Box 221089** <br> **Chicago, IL 60622** | | | | | | $2,244.98 |
| **Michael Roche** <br> **2206 Henning Pl.** <br> **Plainfield, IL 60586** | | | | | | $3,300.00 |
| **Passarelli-Statewide Ltd** <br> **9240 Broadway Ave.** <br> **Brookfield, IL 60513** | | | | | | $18,000.00 |
| **Penelope Gardiakos** <br> **700 Peterson** <br> **Park Ridge** <br> **Park Ridge, IL 60068** | | | | | | $35,000.00 |
| **Phil Groves** <br> **3651 Cardiff Ave.** <br> **Los Angeles, CA 90034** | | | | | | $3,500.00 |
| **Skyline Managment Co.** <br> **303 Erie, Ste. 220** <br> **Chicago, IL 60654** | | **Indemnification of IDOR Sales Tax Liabilities** | | | | $318,975.00 |
| **Southern Glazer's Wine and Spirits** <br> **300 E. Crossroads Pkwy** <br> **Bolingbrook, IL 60440** | | | | | | $16,000.00 |

303 Erie Partners, LLC
303 West Erie, Ste. 215
Chicago, IL 60654


A.Barr Companies
16300 W. 103rd St.
Lemont, IL 60439


Angelica Lis
6304 West Cornelia Avenue
Chicago, IL 60634


Armige Agency
304 S. Jones Blvd., Ste 2482
Las Vegas, NV 89107


ASCAP
PO Box 331608
Nashville, TN 37203


AT&T
PO Box 5014
Carol Stream, IL 60197


Badger Mutual Insurance
1635 W. National Ave.
Milwaukee, WI 53204


Bank Direct
Two Conway Park
150 North Field Dr., Ste 190
Lake Forest, IL 60045


Blake Seitz
758 North Larrabee Street
Suite 627
Chicago, IL 60654


Blitt & Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090


Breakthru Beverage
PO Box 809180
Chicago, IL 60680

Brian Franzen
39 Gerrard Rd.
London, England N18BA

Broadcast Music, Inc.
Attn: Marketing/Fullfillment
10 Music Square East
Nashville, TN 37203

Byline Bank
180 N. LaSalle St.
Chicago, IL 60601

Capital One Bank (USA) N.A.
PO Box 71083
Charlotte, NC 28272

Chase Cardmember Services
PO Box 94014
Palatine, IL 60094

Chicago Beverage Systems
4441 n. Kilbourn Ave.
Chicago, IL 60624

Citibank/Choice
PO Box 183037
Columbus, OH 43218

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Craft Lighting LLC
6007 N. Sheridan Rd., #20c
Chicago, IL 60660

Dave Fauth
10113 Hartford Ct., Apt. 3A
Schiller Park, IL 60176

Dino Gardiakos
814 N. Wood St., #2S
Chicago, IL 60622

```
Dino Gardiakos
814 N. Wood St. #2S
Chicago, IL 60622


Elazar Paniagua
2109 N. Spaulding
Chicago, IL 60647


FMLY Agency Ltd.
49 Cheltenham Place
Brighton, United Kingdom BN14AB


Garrett Belschner
230 W. Division St., #1202
Chicago, IL 60610


Garrett Birch
3936 N. Pulaski Rd., #2N
Chicago, IL 60641


Guardian Pest Control
1535 N. Clinet Ave.
Griffith, IN 46319


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Integrity Payment Systems
1700 Higgins Rd., Ste. 490
Des Plaines, IL 60018


Integrity Payment Systems
1700 Higgins Rd., Ste. 690
Des Plaines, IL 60018


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jesus Cleaning Inc.
4409 S. Keating Ave.
Chicago, IL 60632
```

Joe Calderone
2738 West Augusta Apt.3
Chicago, IL 60622

Johanna Smith
2231 North Lister Avenue
Unit E
Chicago, IL 60614

John Curley
340 W. Superior #604
Chicago, IL 60654

John Vithoulkas
2307 W. Wolfram St., Unit 512

Jorge E. Navas
2104 S. 51st Ct.
Cicero, IL 60804

Jose Munoz
1710 W. Wabansia
Chicago, IL 60622

Lee Martin
6314 Sunflower Drive
Matteson, IL 60443

Liaison Artists
2343 3rd St., Ste. 299
San Francisco, CA 94107

Listed Bookings
170 1/2 Noe St.
San Francisco, CA 94114

Mae Pflaumer
3340 N. Osceola
Chicago, IL 60634

Marco A. Ozaine
5924 S. Komensky
Chicago, IL 60629

Marco Sgalbazzini
5257 Willowcrest Ave., Apt. 202
North Hollywood, CA 91601


Marty McKenna
PO Box 221089
Chicago, IL 60622


Mauro sanchez
5516 S. Pulaski Rd., #2F
Chicago, IL 60629


MB Finanical Bank, N.A.
6111 N. River Rd.
Des Plaines, IL 60018


Michael Roche
2206 Henning Pl.
Plainfield, IL 60586


Michael W. Gasperec
605 West 37th Street
Unit 2
Chicago, IL 60609


Nick Bullick
1040 Churchill Drive
Bolingbrook, IL 60440


Noe Perez
9608 W. Higgins Rd.
Des Plaines, IL 60018


Onofre Garcia
400 East Randolph
Apt. 2514
Chicago, IL 60601


Paradigm Talent Agency
140 Broadway, 26th Floor
New York, NY 10005


Passarelli-Statewide Ltd
9240 Broadway Ave.
Brookfield, IL 60513

Paulina Garga-Chmiel
c/o Chuhak & Tecson
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606

Penelope Gardiakos
700 Peterson
Park Ridge
Park Ridge, IL 60068

Phil Groves
3651 Cardiff Ave.
Los Angeles, CA 90034

Prisma Artists
1711 N48th Ave.
Hollywood, FL 33021

RCN Business Services
650 College Road East, Suite 3100
Princeton, NJ 08540

Rec Grief

Rewards Network
2 North Riverside Plaze, Ste.200
Chicago, IL 60606

Rita Dalipi
1009 Saddle Lane
Lemont, IL 60439

Robert Bansley
8923 South Austin
Oak Lawn, IL 60453

Robert Stanfa
2400 West Madison Street
Apt. 203
Chicago, IL 60612

Schultz Supply
PO Box 92170
Elk Grove Village, IL 60009

```
Scicoustic LLC
8475 Murphy Dr.
Middleton, WI 53562


Skyline Managment Co.
303 Erie, Ste. 220
Chicago, IL 60654


Southern Glazer's Wine and Spirits
300 E. Crossroads Pkwy
Bolingbrook, IL 60440


Taylor Decesare
161 West Kinzie Street
Apt. 2604
Chicago, IL 60654


Telplex Communications
16830 Ventura Blvd., Ste. 350
Encino, CA 91436


The Bullitt Agency
3207a M Street NW
Washington, DC 20007


Tim Block
7811 North Harlem Avenue
Niles, IL 60714


Transform
5008 Gordon Ave.
Madison, WI 53716


UniFirst Corporation
2045 North 17th Ave.
IL 61600


UniFirst Corporation
2045 North 17th Ave.
Melrose Park, IL 60160


US Bank NA
PO Box 790408
Saint Louis, MO 63179
```

```
Waste Management
PO Box 4648
Carol Stream, IL 60197
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Spybar Management, LLC**  
                                                    Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Spybar Management, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 27, 2019**  
Date

/s/ E. Philip Groben  
**E. Philip Groben 6299914**  
Signature of Attorney or Litigant  
Counsel for   **Spybar Management, LLC**  
**Gensburg Calandriello & Kanter, P.C.**  
**200 W. Adams St., Ste. 2425**  
**Chicago, IL 60606**  
**(312) 263-2200 Fax:(312) 263-2242**