Spybar Management, LLC Cash Collateral Budget
Exhibit A to Motion for Use of Cash Collateral
February 26, 2019

| | 1 FRCST 3-Mar | 2 FRCST 10-Mar | 3 FRCST 17-Mar | 4 FRCST 24-Mar | 5 FRCST 31-Mar | 6 FRCST 7-Apr | 7 FRCST 14-Apr | 8 FRCST 21-Apr | 9 FRCST 28-Apr | 10 FRCST 5-May | 11 FRCST 12-May | 12 FRCST 19-May | 13 FRCST 26-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts:** | | | | | | | | | | | | | |
| Forecast | | | | | | | | | | | | | |
| Sales Receipts | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 |
| Door | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 |
| Ticketing | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 |
| **Total Operating Receipts:** | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 |
| | | | | | | | | | | | | | |
| **Operating Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) |
| Payroll and Payroll tax | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) |
| Credit Card Processing Fees | | | | | $ (2,000.00) | | | | $ (2,000.00) | | | | |
| Liquor Costs | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) |
| Sales & Use Tax - ST1 / ST4* | | | $ (11,500.00) | | | | $ (16,600.00) | | | | | $ (13,500.00) | |
| Sales Tax Installment Plan* | | $ (7,500.00) | | | $ (7,500.00) | | | | | $ (7,500.00) | | | |
| Insurance | | $ (6,000.00) | | | | | $ (6,000.00) | | | | $ (6,000.00) | | |
| Waste MGMT | | | | $ (650.00) | | | | | $ (650.00) | | | | $ (650.00) |
| ComEd | | | | $ (675.00) | | | | | $ (675.00) | | | | $ (675.00) |
| Phone Internet | | | | $ (350.00) | | | | | $ (350.00) | | | | $ (350.00) |
| Pest Control | | | | $ (150.00) | | | | | $ (150.00) | | | | $ (150.00) |
| Transform | | $ (800.00) | | | | $ (800.00) | | | | $ (800.00) | | | |
| Advertising and Promotions | | | | $ (1,000.00) | | | | $ (1,000.00) | | | | $ (1,000.00) | |
| Graphics | $ (1,000.00) | | | | $ (1,000.00) | | | | | $ (1,000.00) | | | |
| Rent / Lease | $ (16,000.00) | | | | | $ (16,000.00) | | | | $ (16,000.00) | | | |
| Sound System lease | | $ (3,000.00) | | | | $ (3,000.00) | | | | | $ (3,000.00) | | |
| Artist costs | $ (3,500.00) | $ (3,000.00) | $ (7,000.00) | $ (9,500.00) | $ (5,250.00) | $ (5,250.00) | $ (5,000.00) | $ (7,500.00) | $ (5,000.00) | $ (5,500.00) | $ (7,500.00) | $ (5,000.00) | $ (10,000.00) |
| Byline Bank Adequate Protection | | | | $ (6,500.00) | | | | | $ (6,500.00) | | | | $ (6,500.00) |
| | | | | | | | | | | | | | |
| **Total Operating Receipts** | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 |
| **Total Operating Disbursements** | $ (38,272.31) | $ (38,072.31) | $ (36,272.31) | $ (36,597.31) | $ (33,522.31) | $ (42,822.31) | $ (45,372.31) | $ (32,772.31) | $ (26,597.31) | $ (47,772.31) | $ (35,072.31) | $ (37,272.31) | $ (36,097.31) |
| **Operating Cash Flow** | $ 5,185.34 | $ 5,385.34 | $ 7,185.34 | $ 6,860.34 | $ 9,935.34 | $ 635.34 | $ (1,914.66) | $ 10,685.34 | $ 16,860.34 | $ (4,314.66) | $ 8,385.34 | $ 6,185.34 | $ 7,360.34 |
| Funds on deposit as of Petition Date: $5,795.66 | | | | | | | | | | | | | |
| **Projected Funds on Hand During Interim Period:** | $ 10,981.00 | $ 16,366.34 | $ 23,551.68 | $ 30,412.02 | $ 40,347.36 | $ 40,982.70 | $ 39,068.03 | $ 49,753.37 | $ 66,613.71 | $ 62,299.05 | $ 70,684.39 | $ 76,869.73 | $ 84,230.07 |

* Debts owed to Illinois Department of Revenue by Skyline Management Co. but which are being paid for through Spybar Management, LLC operations.