Spybar Management, LLC Cash Collateral Budget
March 13, 2019

| Period Ending | 1 ACTUAL 3-Mar | 2 ACTUAL 10-Mar | 3 FRCST 17-Mar | 4 FRCST 24-Mar | 5 FRCST 31-Mar | 6 FRCST 7-Apr | 7 FRCST 14-Apr | 8 FRCST 21-Apr | 9 FRCST 28-Apr | 10 FRCST 5-May | 11 FRCST 12-May | 12 FRCST 19-May | 13 FRCST 26-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | 4,713.89 | 44,738.67 | 38,230.83 | 38,566.17 | 44,211.58 | 53,926.92 | 53,347.33 | 51,432.67 | 59,928.08 | 76,568.41 | 71,038.82 | 80,074.16 | 85,044.57 |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | 26,755.43 | 25,712.81 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 |
| Door | 5,635.00 | 7,785.00 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 | 6,626.88 |
| Ticketing | 2,045.00 | 2,990.00 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 | 3,830.77 |
| Release of IDOR Levy | 33,844.78 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Receipts: | 68,280.21 | 36,487.81 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 |
| **Operating Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | (7,460.25) | (8,996.18) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) | (8,772.31) |
| Payroll and Payroll tax | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) |
| Credit Card Processing Fees | - | - | - | - | (2,000.00) | - | - | - | (2,000.00) | - | - | - | - |
| Liquor Costs | (3,130.75) | (8,575.87) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) |
| Sales & Use Tax - ST1 / ST4* | - | - | (11,500.00) | - | - | - | (16,600.00) | - | - | - | - | (13,500.00) | - |
| Sales Tax Installment Plan* | - | - | (7,500.00) | - | (7,500.00) | - | - | - | - | (7,500.00) | - | - | - |
| Insurance | - | (6,000.00) | - | - | - | (6,000.00) | - | - | - | - | (6,000.00) | - | - |
| Waste MGMT | - | - | - | (650.00) | - | - | - | (650.00) | - | - | - | - | (650.00) |
| ComEd | - | - | - | (675.00) | - | - | - | (675.00) | - | - | - | - | (675.00) |
| Phone and Internet | - | - | - | (350.00) | - | - | - | (350.00) | - | - | - | - | (350.00) |
| Pest Control | - | (146.00) | - | (150.00) | - | - | - | (150.00) | - | - | - | - | (150.00) |
| Transform | - | - | - | - | - | (800.00) | - | - | - | - | (800.00) | - | - |
| Advertising and Promotions | - | - | - | (1,000.00) | - | - | - | (1,000.00) | - | - | - | (1,000.00) | - |
| Graphics | - | - | - | - | (1,000.00) | - | - | - | - | (1,000.00) | - | - | - |
| Rent / Lease | (16,025.00) | - | - | - | - | (16,000.00) | - | - | - | (16,000.00) | - | - | - |
| Sound System lease | - | - | - | - | - | (3,000.00) | - | - | - | - | (3,000.00) | - | - |
| Artist costs | (6,973.24) | (3,907.29) | (7,000.00) | (9,500.00) | (5,250.00) | (5,250.00) | (5,000.00) | (7,500.00) | (5,000.00) | (5,500.00) | (7,500.00) | (5,000.00) | (10,000.00) |
| Byline Bank Adequate Protection | - | - | - | (6,500.00) | - | - | - | (6,500.00) | - | - | - | - | (6,500.00) |
| Payroll Services | - | - | - | - | (220.00) | - | - | - | (220.00) | - | - | - | (220.00) |
| UST Quarterly Fees | - | - | - | - | - | - | - | (1,625.00) | - | - | - | - | - |
| Cleaning Servicea | - | (1,214.93) | - | (1,214.93) | - | (1,214.93) | - | (1,214.93) | - | (1,214.93) | - | (1,214.93) | - |
| Ordinary Course Accounting - Passarelli | - | - | 650.00 | - | - | - | - | - | 650.00 | - | - | 650.00 | - |
| Restructuring Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | 68,280.21 | 36,487.81 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 | 43,457.65 |
| **Total Operating Disbursements** | (35,089.24) | (30,340.27) | (43,122.31) | (37,812.24) | (33,742.31) | (44,037.24) | (45,372.31) | (34,962.24) | (26,817.31) | (48,987.24) | (34,422.31) | (38,487.24) | (36,317.31) |
| **Operating Cash Flow** | 33,190.97 | 6,147.54 | 335.34 | 5,645.41 | 9,715.34 | (579.59) | (1,914.66) | 8,495.41 | 16,640.34 | (5,529.59) | 9,035.34 | 4,970.41 | 7,140.34 |
| **Ending Cash on Hand** | 44,738.67 | 38,230.83 | 38,566.17 | 44,211.58 | 53,926.92 | 53,347.33 | 51,432.67 | 59,928.08 | 76,568.41 | 71,038.82 | 80,074.16 | 85,044.57 | 92,184.91 |

* Debts owed to Illinois Department of Revenue by Skyline Management Co. but which are being paid for through Spybar Management, LLC operations subject to approval by the bankrutpcy court.