Spybar Management, LLC Cash Collateral Budget
March 13, 2019

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | ACTUAL | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST | FRCST |
| Period Ending | 3-Mar | 10-Mar | 17-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May |
| Beginning Cash on Hand | 4,713.89 | 44,738.67 | 38,230.83 | 38,566.17 | 44,211.58 | 53,926.92 | 53,347.33 | 51,432.67 | 59,928.08 | 76,568.41 | 71,038.82 | 80,074.16 | 85,044.57 |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | $ 26,755.43 | $ 25,712.81 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 | $ 33,000.00 |
| Door | $ 5,635.00 | $ 7,785.00 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 | $ 6,626.88 |
| Ticketing | $ 2,045.00 | $ 2,990.00 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 | $ 3,830.77 |
| Release of IDOR Levy | $ 33,844.78 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Operating Receipts:** | $ 68,280.21 | $ 36,487.81 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 |
| **Operating Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (7,460.25) | $ (8,996.18) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) | $ (8,772.31) |
| Payroll and Payroll tax | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) |
| Credit Card Processing Fees | $ - | $ - | $ - | $ - | $ (2,000.00) | $ - | $ - | $ - | $ (2,000.00) | $ - | $ - | $ - | $ - |
| Liquor Costs | $ (3,130.75) | $ (8,575.87) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) |
| Sales & Use Tax - ST1 / ST4* | $ - | $ - | $ (11,500.00) | $ - | $ - | $ - | $ (16,600.00) | $ - | $ - | $ - | $ - | $ (13,500.00) | $ - |
| Sales Tax Installment Plan* | $ - | $ - | $ (7,500.00) | $ - | $ (7,500.00) | $ - | $ - | $ - | $ - | $ (7,500.00) | $ - | $ - | $ - |
| Insurance | $ - | $ (6,000.00) | $ - | $ - | $ - | $ (6,000.00) | $ - | $ - | $ - | $ - | $ (6,000.00) | $ - | $ - |
| Waste MGMT | $ - | $ - | $ - | $ (650.00) | $ - | $ - | $ - | $ - | $ (650.00) | $ - | $ - | $ - | $ (650.00) |
| ComEd | $ - | $ - | $ - | $ (675.00) | $ - | $ - | $ - | $ - | $ (675.00) | $ - | $ - | $ - | $ (675.00) |
| Phone and Internet | $ - | $ - | $ - | $ (350.00) | $ - | $ - | $ - | $ - | $ (350.00) | $ - | $ - | $ - | $ (350.00) |
| Pest Control | $ - | $ (146.00) | $ - | $ (150.00) | $ - | $ - | $ - | $ - | $ (150.00) | $ - | $ - | $ - | $ (150.00) |
| Transform | $ - | $ - | $ - | $ - | $ - | $ (800.00) | $ - | $ - | $ - | $ - | $ (800.00) | $ - | $ - |
| Advertising and Promotions | $ - | $ - | $ - | $ (1,000.00) | $ - | $ - | $ - | $ (1,000.00) | $ - | $ - | $ - | $ (1,000.00) | $ - |
| Graphics | $ - | $ - | $ - | $ - | $ (1,000.00) | $ - | $ - | $ - | $ - | $ (1,000.00) | $ - | $ - | $ - |
| Rent / Lease | $ (16,025.00) | $ - | $ - | $ - | $ - | $ (16,000.00) | $ - | $ - | $ - | $ (16,000.00) | $ - | $ - | $ - |
| Sound System lease | $ - | $ - | $ - | $ - | $ - | $ (3,000.00) | $ - | $ - | $ - | $ - | $ (3,000.00) | $ - | $ - |
| Artist costs | $ (6,973.24) | $ (3,907.29) | $ (7,000.00) | $ (9,500.00) | $ (5,250.00) | $ (5,250.00) | $ (5,000.00) | $ (7,500.00) | $ (5,000.00) | $ (5,500.00) | $ (7,500.00) | $ (5,000.00) | $ (10,000.00) |
| Byline Bank Adequate Protection | $ - | $ - | $ - | $ (6,500.00) | $ - | $ - | $ - | $ (6,500.00) | $ - | $ - | $ - | $ - | $ (6,500.00) |
| Payroll Services | $ - | $ - | $ - | $ - | $ (220.00) | $ - | $ - | $ - | $ (220.00) | $ - | $ - | $ - | $ (220.00) |
| UST Quarterly Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,625.00) | $ - | $ - | $ - | $ - | $ - |
| Cleaning Servicea | $ - | $ (1,214.93) | $ - | $ (1,214.93) | $ - | $ (1,214.93) | $ - | $ (1,214.93) | $ - | $ (1,214.93) | $ - | $ (1,214.93) | $ - |
| Ordinary Course Accounting - Passarelli | $ - | $ - | $ 650.00 | $ - | $ - | $ - | $ - | $ - | $ 650.00 | $ - | $ 650.00 | $ - | $ - |
| Restructuring Professionals | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Operating Receipts** | $ 68,280.21 | $ 36,487.81 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 | $ 43,457.65 |
| **Total Operating Disbursements** | $ (35,089.24) | $ (30,340.27) | $ (43,122.31) | $ (37,812.24) | $ (33,742.31) | $ (44,037.24) | $ (45,372.31) | $ (34,962.24) | $ (26,817.31) | $ (48,987.24) | $ (34,422.31) | $ (38,487.24) | $ (36,317.31) |
| **Operating Cash Flow** | $ 33,190.97 | $ 6,147.54 | $ 335.34 | $ 5,645.41 | $ 9,715.34 | $ (579.59) | $ (1,914.66) | $ 8,495.41 | $ 16,640.34 | $ (5,529.59) | $ 9,035.34 | $ 4,970.41 | $ 7,140.34 |
| **Ending Cash on Hand** | $ 44,738.67 | $ 38,230.83 | $ 38,566.17 | $ 44,211.58 | $ 53,926.92 | $ 53,347.33 | $ 51,432.67 | $ 59,928.08 | $ 76,568.41 | $ 71,038.82 | $ 80,074.16 | $ 85,044.57 | $ 92,184.91 |

* Debts owed to Illinois Department of Revenue by Skyline Management Co. but which are being paid for through Spybar Management, LLC operations subject to approval by the bankrutpcy court.