IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## RECEIPT AND VERIFICATION

TO: PATRICK S. LAYNG, UNITED STATES TRUSTEE

CASE NAME: Spybar Management LLC

CASE NO.: 19-05128

I, Michael Roche  DECLARE UNDER PENALTY OF PERJURY THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF Spybar Management LLC , AND AS SUCH I HEREBY ACKNOWLEDGE RECEIPT FROM THE UNITED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS AND AGREE TO COMPLY WITH THEM.

SIGNED: *[signature]*

DATED: April 18, 2019

I, _____, COUNSEL FOR THE DEBTOR IN POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: _____

DATED: _____

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Management LLC                    CASE NO. 19-05128

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending  February 28 , 20 19

BEGINNING BALANCE IN ALL ACCOUNTS          $ -476.11

RECEIPTS:
   1. Receipts from operations                $ 5190.00
   2. Other Receipts                          $

DISBURSEMENTS:
   3. Net payroll:
      a. Officers                             $
      b. Others                               $

   4. Taxes
      a. Federal Income Taxes                 $
      b. FICA withholdings                    $
      c. Employee's withholdings              $
      d. Employer's FICA                      $
      e. Federal Unemployment Taxes           $
      f. State Income Tax                     $
      g. State Employee withholdings          $
      h. All other state taxes                $

   5. Necessary expenses:
      a. Rent or mortgage payments(s)         $
      b. Utilities                            $
      c. Insurance                            $
      d. Merchandise bought for manufacture or sale   $
      e. Other necessary expenses (specify)
      _____            $
      _____            $

TOTAL DISBURSEMENTS                        $ 0.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 0.00

ENDING BALANCE IN  Gold Coast Bank                    $ 4713.89
      (Name of Bank)
ENDING BALANCE IN  _____            $
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS             $ 4713.89

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Management LLC  CASE NO.: 19-05128

RECEIPTS LISTING

FOR MONTH ENDING February 28, 2019

Bank: Gold Coast Bank

Location: 1165 N. Clark, Chicago, IL 60610

Account Name: Checking

Account No.: 5038976316

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 02-27-19 | Ticketfly LLC Receipts | $5190.00 |

TOTAL: $5190.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Mgmt LLC　　CASE NO.: 19-05128

DISBURSEMENT LISTING

FOR MONTH ENDING __February 28__, 20 19

Bank: Gold Coast Bank

Location: 1165 N Clark, Chicago, IL 60610

Account Name: Checking

Account No.: 5038976316

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

TOTAL: 0.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Managment LLC    CASE NO.: 19-05128

FOR MONTH ENDING February 28, 20 19

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ 7000.00 |
| Add: purchases | $ 0.00 |
| Less: goods sold (cost basis) | $ 0.00 |
| Ending inventory | $ 7000.00 |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 0.00 |
| Payroll taxes due but unpaid | $ 0.00 |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Management LLC   CASE NO.: 19-05128

FOR MONTH ENDING February 28, 20 19

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Spybar Management LLC    CASE NO.: 19-05128

FOR MONTH ENDING February 28, 20 19

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Tax | Yes | No |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ✓ | No ( ) |
| 2. | FICA withholdings | Yes ✓ | No ( ) |
| 3. | Employee's withholdings | Yes ✓ | No ( ) |
| 4. | Employer's FICA | Yes ✓ | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ✓ | No ( ) |
| 6. | State Income Tax | Yes ✓ | No ( ) |
| 7. | State Employee withholdings | Yes ✓ | No ( ) |
| 8. | All other state taxes | Yes ✓ | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer  Spybar Management LLC<br>Taxpayer Address  303 W Erie, Basement, Chicago, IL 60654 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | **Form 941 Federal Tax Deposit (FTD) Information** |
|---|---|
| Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | For the payroll period from  02-27-19  to  02-28-19<br>Payroll date  NONE<br>Gross wages paid to employees $ 0.00<br>Income tax withheld $ 0.00<br>Social Security (Employer's plus Employee's share of Social Security Tax) $ 0.00<br>Tax Deposited $ 0.00<br>Date Deposited  NONE |
| Section 2 | **Form 940 Federal Tax Deposit (FTD) Information** |
| Taxes Reported on Form 940, Employer=s Annual Federal Unemployment Tax Return | For the payroll period from  02-27-19  to  02-28-19<br>Gross wages paid to employees $ 0.00<br>Tax Deposited $ 0.00<br>Date Deposited  NONE |

**Certification**
(Certification is limited to receipt or electronic transmittal of deposit only)
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number:  26-1710745 | Name and Address of Bank<br>Gold Coast Bank 1165 N Clark, Chicago, IL 60610 | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct
Signed: *[signature]*   Date:  4/18/2019
Name and Title (print or type)   Michael Roche - Director of Operations

Cat. #43099Z                                                                                Form **6123** (rev. 06-97)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: Spybar Management LLC      CASE NO.: 19-05128

FOR MONTH ENDING February 28, 2019

### INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| Badger Mutual | 00724-02451 | Property | 02-01-20 | |
| | | General Liability | | |
| | | Liquor Liability | | |
| | | Cyber | | |
| | | Employment Practices Liability | | |
| | | Crime | | |
| Technology Insurance | 12-39071-19065-475625 | Workers Compensation | 02-26-20 | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).

_____
_____

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).
    Yes _____
_____

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).
    No _____
_____

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, _____Michael Roche_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

*[signature]*

For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

Michael Roche - Director of Operations

DATED: 4/18/2019

OPERATING REPORT Page 9