# Exhibit B

**Spybar Plan of Reorganization Feasibility Analysis**
**Case No. 19-05128**

| Period | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Plan Year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 141,000.00 | $ 1,692,000.00 |
| Door | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 358,800.00 |
| Ticketing | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 15,900.00 | $ 190,800.00 |
| **Total Operating Receipts:** | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 2,241,600.00 |
| | | | | | | | | | | | | | |
| **Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (38,931.30) | $ (467,175.60) |
| Payroll and Payroll tax | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (6,750.00) | $ (81,000.00) |
| Credit Card Processing Fees | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (2,000.00) | $ (24,000.00) |
| Liquor/Inventory Costs | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (34,500.00) | $ (414,000.00) |
| Sales & Use Tax - ST1 / ST4 | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (14,050.00) | $ (168,600.00) |
| Sales Tax Installment Plan | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (90,000.00) |
| Insurance | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (72,000.00) |
| Waste Mgmt. | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (7,800.00) |
| ComEd | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (675.00) | $ (8,100.00) |
| Phone and Internet | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (350.00) | $ (4,200.00) |
| Pest Control | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (223.00) | $ (2,676.00) |
| Transform | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (400.00) | $ (4,800.00) |
| Advertising and Promotions | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (12,000.00) |
| Graphics | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (6,000.00) |
| Rent / Lease | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (192,150.00) |
| Sound System lease | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (18,000.00) |
| Artist costs | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (27,690.27) | $ (332,283.18) |
| Payroll Services | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (220.00) | $ (2,640.00) |
| Cleaning Services | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (2,429.86) | $ (29,158.32) |
| Tax Preparation Services | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (13,800.00) |
| **Total Costs of Operations** | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (1,950,383.10) |
| | | | | | | | | | | | | | |
| **Total Operating Receipts** | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 186,800.00 | $ 2,241,600.00 |
| **Total Operating Disbursements** | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (162,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (163,031.93) | $ (1,950,383.10) |
| **Funds Available for Plan Payments** | $ 24,768.08 | $ 24,768.08 | $ 24,768.08 | $ 24,768.08 | $ 24,768.08 | $ 24,768.08 | $ 23,768.08 | $ 23,768.08 | $ 23,768.08 | $ 23,768.08 | $ 23,768.08 | $ 23,768.08 | $ 291,216.90 |
| | | | | | | | | | | | | | |
| Payments on Account of Claims Against Bankruptcy Estate: | | | | | | | | | | | | | |
| **Byline Bank ($485,708.95)** | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 116,784.00 |
| **Administrative Claims ($60,000.00)** | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 50,000.00 |
| **Priority Wage Claims (31,094.98)** | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 6,219.00 |
| **Priority Tax Claims ($327,098.12\*)** | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 65,419.62 |
| **General Unsecured Claims (231,926.78)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class IV Claims (13,708.72)** | $ 4,569.33 | $ 4,569.33 | $ 4,569.33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,708.00 |
| | | | | | | | | | | | | | |
| Unapplied Funds | $ 330.19 | $ 330.19 | $ 330.19 | $ 4,899.52 | $ 4,899.52 | $ 4,899.52 | $ 3,899.52 | $ 3,899.52 | $ 3,899.52 | $ 3,899.52 | $ 3,899.52 | $ 3,899.52 | $ 39,086.28 |

*Claims Subject to Reduction through Objection of Debtor

Exhibit B to Spybar Management LLC Disclosure Statement
Case No. 19-05128

**Spybar Plan of Reorganization Feasibility An**
**Case No. 19-05128**

| Period | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Plan Year 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 144,525.00 | $ 1,734,300.00 |
| Door | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | $ 30,647.50 | 367,770.00 |
| Ticketing | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | $ 16,297.50 | 195,570.00 |
| **Total Operating Receipts:** | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 2,297,640.00 |
| | | | | | | | | | | | | | |
| **Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (39,904.58) | $ (478,854.99) |
| Payroll and Payroll tax | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (6,918.75) | $ (83,025.00) |
| Credit Card Processing Fees | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (2,050.00) | $ (24,600.00) |
| Liquor/Inventory Costs | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (35,362.50) | $ (424,350.00) |
| Sales & Use Tax - ST1 / ST4 | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (14,401.25) | $ (172,815.00) |
| Sales Tax Installment Plan | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (90,000.00) |
| Insurance | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (6,150.00) | $ (73,800.00) |
| Waste Mgmt. | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (666.25) | $ (7,995.00) |
| ComEd | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (691.88) | $ (8,302.50) |
| Phone and Internet | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (358.75) | $ (4,305.00) |
| Pest Control | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (228.58) | $ (2,742.90) |
| Transform | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (410.00) | $ (4,920.00) |
| Advertising and Promotions | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (1,025.00) | $ (12,300.00) |
| Graphics | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (512.50) | $ (6,150.00) |
| Rent / Lease | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,012.50) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (196,047.50) |
| Sound System lease | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Artist costs | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (28,382.52) | $ (340,590.26) |
| Payroll Services | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (225.50) | $ (2,706.00) |
| Cleaning Services | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (2,490.61) | $ (29,887.28) |
| Tax Preparation Services | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (13,800.00) |
| **Total Costs of Operations** | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (164,941.16) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (1,977,191.43) |
| | | | | | | | | | | | | | |
| **Total Operating Receipts** | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 191,470.00 | $ 2,297,640.00 |
| **Total Operating Disbursements** | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (163,941.16) | $ (164,941.16) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (165,720.66) | $ (1,977,191.43) |
| **Funds Available for Plan Payments** | $ 27,528.84 | $ 27,528.84 | $ 27,528.84 | $ 27,528.84 | $ 27,528.84 | $ 27,528.84 | $ 26,528.84 | $ 25,749.34 | $ 25,749.34 | $ 25,749.34 | $ 25,749.34 | $ 25,749.34 | $ 320,448.57 |
| | | | | | | | | | | | | | |
| Payments on Account of Claims Against Bank | | | | | | | | | | | | | |
| **Byline Bank ($485,708.95)** | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 116,784.00 |
| **Administrative Claims ($60,000.00)** | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 4,166.67 | $ 1,833.33 | $ - | $ - | $ - | $ - | $ 31,000.00 |
| **Priority Wage Claims (31,094.98)** | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 6,219.00 |
| **Priority Tax Claims ($327,098.12*)** | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 65,419.62 |
| **General Unsecured Claims (231,926.78)** | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 57,981.70 |
| **Class IV Claims (13,708.72)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | |
| Unapplied Funds | $ 2,828.48 | $ 2,828.48 | $ 2,828.48 | $ 2,828.48 | $ 2,828.48 | $ 2,828.48 | $ 1,828.48 | $ 3,382.32 | $ 5,215.65 | $ 5,215.65 | $ 5,215.65 | $ 5,215.65 | $ 43,044.26 |

*Claims Subject to Reduction through Objecti

**Spybar Plan of Reorganization Feasibility An**
**Case No. 19-05128**

| Period | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Plan Year 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 148,138.13 | $ 1,777,657.50 |
| Door | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | $ 31,413.69 | 376,964.25 |
| Ticketing | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | $ 16,704.94 | 200,459.25 |
| **Total Operating Receipts:** | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | 2,355,081.00 |
| | | | | | | | | | | | | | |
| **Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (40,902.20) | $ (490,826.36) |
| Payroll and Payroll tax | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (7,091.72) | $ (85,100.63) |
| Credit Card Processing Fees | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (2,101.25) | $ (25,215.00) |
| Liquor/Inventory Costs | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (36,246.56) | $ (434,958.75) |
| Sales & Use Tax - ST1 / ST4 | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (14,761.28) | $ (177,135.38) |
| Sales Tax Installment Plan | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (90,000.00) |
| Insurance | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (6,303.75) | $ (75,645.00) |
| Waste Mgmt. | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (682.91) | $ (8,194.88) |
| ComEd | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (709.17) | $ (8,510.06) |
| Phone and Internet | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (367.72) | $ (4,412.63) |
| Pest Control | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (234.29) | $ (2,811.47) |
| Transform | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (420.25) | $ (5,043.00) |
| Advertising and Promotions | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (1,050.63) | $ (12,607.50) |
| Graphics | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (525.31) | $ (6,303.75) |
| Rent / Lease | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (16,792.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (202,859.00) |
| Sound System lease | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Artist costs | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (29,092.08) | $ (349,105.02) |
| Payroll Services | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (231.14) | $ (2,773.65) |
| Cleaning Services | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (2,552.87) | $ (30,634.46) |
| Tax Preparation Services | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (13,800.00) |
| **Total Costs of Operations** | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (169,215.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (2,025,936.53) |
| | | | | | | | | | | | | | |
| **Total Operating Receipts** | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | $ 196,256.75 | 2,355,081.00 |
| **Total Operating Disbursements** | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (168,215.13) | $ (169,215.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (169,486.13) | $ (2,025,936.53) |
| **Funds Available for Plan Payments** | $ 28,041.62 | $ 28,041.62 | $ 28,041.62 | $ 28,041.62 | $ 28,041.62 | $ 28,041.62 | $ 27,041.62 | $ 26,770.62 | $ 26,770.62 | $ 26,770.62 | $ 26,770.62 | $ 26,770.62 | 329,144.47 |
| | | | | | | | | | | | | | |
| Payments on Account of Claims Against Bank | | | | | | | | | | | | | |
| **Byline Bank ($485,708.95)** | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 116,784.00 |
| **Administrative Claims ($60,000.00)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Priority Wage Claims (31,094.98)** | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 6,219.00 |
| **Priority Tax Claims ($327,098.12*)** | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | 65,419.62 |
| **General Unsecured Claims (231,926.78)** | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | 57,981.70 |
| **Class IV Claims (13,708.72)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | |
| Unapplied Funds | $ 7,507.93 | $ 7,507.93 | $ 7,507.93 | $ 7,507.93 | $ 7,507.93 | $ 7,507.93 | $ 6,507.93 | $ 6,236.93 | $ 6,236.93 | $ 6,236.93 | $ 6,236.93 | $ 6,236.93 | 82,740.16 |

*Claims Subject to Reduction through Objecti

**Spybar Plan of Reorganization Feasibility An**
**Case No. 19-05128**

| Period | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Plan Year 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | |
| Sales Receipts | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 151,841.58 | $ 1,822,098.94 |
| Door | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 32,199.03 | $ 386,388.36 |
| Ticketing | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 17,122.56 | $ 205,470.73 |
| **Total Operating Receipts:** | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 2,413,958.03 |
| | | | | | | | | | | | | | |
| **Disbursements:** | | | | | | | | | | | | | |
| Payroll / T&F | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (41,924.75) | $ (503,097.02) |
| Payroll and Payroll tax | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (7,269.01) | $ (87,228.14) |
| Credit Card Processing Fees | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (2,153.78) | $ (25,845.38) |
| Liquor/Inventory Costs | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (37,152.73) | $ (445,832.72) |
| Sales & Use Tax - ST1 / ST4 | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (15,130.31) | $ (181,563.76) |
| Sales Tax Installment Plan | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ - | $ - | $ - | $ - | $ - | $ - | $ (45,000.00) |
| Insurance | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (6,461.34) | $ (77,536.13) |
| Waste Mgmt. | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (699.98) | $ (8,399.75) |
| ComEd | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (726.90) | $ (8,722.81) |
| Phone and Internet | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (376.91) | $ (4,522.94) |
| Pest Control | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (240.15) | $ (2,881.76) |
| Transform | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (430.76) | $ (5,169.08) |
| Advertising and Promotions | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (1,076.89) | $ (12,922.69) |
| Graphics | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (538.45) | $ (6,461.34) |
| Rent / Lease | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,063.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (206,136.00) |
| Sound System lease | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Artist costs | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (29,819.39) | $ (357,832.64) |
| Payroll Services | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (236.92) | $ (2,842.99) |
| Cleaning Services | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (2,616.69) | $ (31,400.32) |
| Tax Preparation Services | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (13,800.00) |
| **Total Costs of Operations** | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (165,567.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (2,027,195.46) |
| | | | | | | | | | | | | | |
| **Total Operating Receipts** | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 201,163.17 | $ 2,413,958.03 |
| **Total Operating Disbursements** | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (172,067.96) | $ (165,567.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (165,843.96) | $ (2,027,195.46) |
| **Funds Available for Plan Payments** | $ 29,095.21 | $ 29,095.21 | $ 29,095.21 | $ 29,095.21 | $ 29,095.21 | $ 29,095.21 | $ 35,595.21 | $ 35,319.21 | $ 35,319.21 | $ 35,319.21 | $ 35,319.21 | $ 35,319.21 | $ 386,762.56 |
| | | | | | | | | | | | | | |
| Payments on Account of Claims Against Bank | | | | | | | | | | | | | |
| **Byline Bank ($485,708.95)** | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 116,784.00 |
| **Administrative Claims ($60,000.00)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Priority Wage Claims (31,094.98)** | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 6,219.00 |
| **Priority Tax Claims ($327,098.12*)** | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 65,419.62 |
| **General Unsecured Claims (231,926.78)** | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 57,981.70 |
| **Class IV Claims (13,708.72)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | |
| Unapplied Funds | $ 8,561.52 | $ 8,561.52 | $ 8,561.52 | $ 8,561.52 | $ 8,561.52 | $ 8,561.52 | $ 15,061.52 | $ 14,785.52 | $ 14,785.52 | $ 14,785.52 | $ 14,785.52 | $ 14,785.52 | $ 140,358.25 |

*Claims Subject to Reduction through Objecti

Exhibit B to Spybar Management LLC Disclosure Statement
Case No. 19-05128

**Spybar Plan of Reorganization Feasibility An**
**Case No. 19-05128**

| Period | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 | Plan Year 5 | 5 Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | | |
| Sales Receipts | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 155,637.62 | $ 1,867,651.41 | $ 8,893,707.85 |
| Door | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 33,004.01 | $ 396,048.07 | $ 1,885,970.67 |
| Ticketing | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 17,550.62 | $ 210,607.50 | $ 1,002,907.48 |
| **Total Operating Receipts:** | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 2,474,306.98 | $ 11,782,586.00 |
| **Disbursements:** | | | | | | | | | | | | | | |
| Payroll / T&F | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (42,972.87) | $ (515,674.45) | $ (2,455,628.43) |
| Payroll and Payroll tax | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (7,450.74) | $ (89,408.84) | $ (425,762.61) |
| Credit Card Processing Fees | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (2,207.63) | $ (26,491.51) | $ (126,151.88) |
| Liquor/Inventory Costs | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (38,081.54) | $ (456,978.54) | $ (2,176,120.01) |
| Sales & Use Tax - ST1 / ST4 | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (15,508.57) | $ (186,102.85) | $ (886,216.99) |
| Sales Tax Installment Plan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (315,000.00) |
| Insurance | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (6,622.88) | $ (79,474.53) | $ (378,455.65) |
| Waste Mgmt. | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (717.48) | $ (8,609.74) | $ (40,999.36) |
| ComEd | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (745.07) | $ (8,940.88) | $ (42,576.26) |
| Phone and Internet | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (386.33) | $ (4,636.01) | $ (22,076.58) |
| Pest Control | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (246.15) | $ (2,953.80) | $ (14,065.94) |
| Transform | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (441.53) | $ (5,298.30) | $ (25,230.38) |
| Advertising and Promotions | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (1,103.81) | $ (13,245.75) | $ (63,075.94) |
| Graphics | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (551.91) | $ (6,622.88) | $ (31,537.97) |
| Rent / Lease | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,339.00) | $ (17,620.00) | $ (17,620.00) | $ (17,620.00) | $ (17,620.00) | $ (17,620.00) | $ (209,473.00) | $ (1,006,665.50) |
| Sound System lease | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (18,000.00) |
| Artist costs | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (30,564.87) | $ (366,778.46) | $ (1,746,589.55) |
| Payroll Services | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (242.84) | $ (2,914.07) | $ (13,876.71) |
| Cleaning Services | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (2,682.11) | $ (32,185.33) | $ (153,265.71) |
| Tax Preparation Services | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (1,650.00) | $ (13,800.00) | $ (69,000.00) |
| **Total Costs of Operations** | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (169,515.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (2,029,588.95) | $ (10,010,295.47) |
| **Total Operating Receipts** | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 206,192.25 | $ 2,474,306.98 | $ 11,782,586.00 |
| **Total Operating Disbursements** | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (168,515.33) | $ (169,515.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (169,796.33) | $ (2,029,588.95) | $ (10,010,295.47) |
| **Funds Available for Plan Payments** | $ 37,676.92 | $ 37,676.92 | $ 37,676.92 | $ 37,676.92 | $ 37,676.92 | $ 37,676.92 | $ 36,676.92 | $ 36,395.92 | $ 36,395.92 | $ 36,395.92 | $ 36,395.92 | $ 36,395.92 | $ 444,718.03 | $ 1,772,290.53 |
| Payments on Account of Claims Against Bank | | | | | | | | | | | | | | |
| **Byline Bank ($485,708.95)** | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 9,732.00 | $ 116,784.00 | $ 583,920.00 |
| **Administrative Claims ($60,000.00)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 81,000.00 |
| **Priority Wage Claims (31,094.98)** | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 518.25 | $ 6,219.00 | $ 31,094.98 |
| **Priority Tax Claims ($327,098.12*)** | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 5,451.64 | $ 65,419.62 | $ 327,098.12 |
| **General Unsecured Claims (231,926.78)** | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 4,831.81 | $ 57,981.70 | $ 231,926.78 |
| **Class IV Claims (13,708.72)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,708.00 |
| Unapplied Funds | $ 17,143.23 | $ 17,143.23 | $ 17,143.23 | $ 17,143.23 | $ 17,143.23 | $ 17,143.23 | $ 16,143.23 | $ 15,862.23 | $ 15,862.23 | $ 15,862.23 | $ 15,862.23 | $ 15,862.23 | $ 198,313.71 | $ 503,542.66 |

*Claims Subject to Reduction through Objecti