# Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**PLAN SUPPLEMENT FOR DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Schedule of Executory Contracts or Unexpired Leases Rejected through Confirmation of Debtor's Amended Chapter 11 Plan or Reorganization:

-None