U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Spybar Management LLC     CASE NO.: 19-05128

FOR CALENDAR QUARTER ENDING June 30, 2020

DISBURSEMENTS*

1.

| MONTH | DISBURSEMENTS |
|---|---|
| April 2020 | $ 11,026.52 |
| May 2020 | $ 2887.96 |
| June 2020 | $ 6602.13 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 20,516.61 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6)     $ 650.00

3. QUARTERLY FEE PAID (Attach proof of payment)     $ -

4. AMOUNT OF UNPAID FEES (IF ANY)     $ 4875.00

I, Michael Roche _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 11/17/2020     _____
For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).     Michael Roche - Dir of Operations

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Spybar Management LLC__   CASE NO.: __19-05128__

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING __June 30__, 20__20__

1. Were any payments required to be made under the plan this past calendar quarter?   yes_____   no __✓__

2. If yes, were all required payments made?   yes_____   no_____

3. If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, __Michael Roche_____ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __11/17/2020__

_____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).

__Michael Roche - Dir of Operations__
_____
_____

EXHIBIT "E"