# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 25, 2021 at 10:00am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, or any other Judge who may be sitting in her place and stead, and shall then and there present the Third Interim Fee Application of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor for the Time Period from January 1, 2020 through and including December 31, 2020, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,

Spybar Management LLC,
Debtor herein.

                                                By:    /s/ E. Philip Groben
                                                          One of its Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS      )
                                 )    SS
COUNTY OF COOK       )

      E. PHILIP GROBEN, being first duly sworn on oath, deposes and stated that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto on the persons named below, by either service through CM/ECF, or as otherwise indicated, on February 4, 2021.

                                                        BY: /s/ E. Philip Groben

Patrick S. Layng – Service via CM/ECF
Paulina Garga-Chmiel – Service via CM/ECF
Miriam R. Stein – Service via CM/ECF
Robert Lynch, III – Service via CM/ECF
Spybar Management, LLC – Service via US Post to 303 Erie St., Ste. 220, Chicago, IL 60654

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**THIRD INTERIM FEE APPLICATION OF GENSBURG CALANDRIELLO &
KANTER, P.C. AS COUNSEL TO THE DEBTOR FOR THE TIME PERIOD FROM
JANUARY 1, 2020 THROUGH AND INCLUDING DECEMBER 31, 2020**

Gensburg Calandriello & Kanter, P.C. ("**Gensburg Calandriello**"), counsel to the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**"), submits its third interim application (the "**Third Interim Application**") for allowance of fees for professional services rendered and reimbursement of expenses incurred for the period from January 1, 2020 through and including December 31, 2020 (the "**Third Interim Period**"), pursuant to 11 U.S.C. §§ 330 and 331 the Bankruptcy Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Bankruptcy Rules 2016-1 and 5082-1, and this Court's General Orders.  By this Third Interim Application, Gensburg Calandriello seeks allowance of $45,753.00 for services rendered and actual, necessary expenses in the amount of $559.05 for a total allowance of $46,312.05 for the Third Interim Period.  With respect to the time period covered by this Third Interim Application, Gensburg Calandriello has submitted its fee statements covering the time period from January 1, 2020 through and including December 31, 2020. In support of this Third Interim Application, Gensburg Calandriello respectfully represents as follows:

## I.     JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief sought herein are sections 105, 330 and 331 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

## BACKGROUND

3. On February 27, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

4. On March 14, 2019, Gensburg Calandriello filed the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor *Nunc Pro Tunc* as of the Petition Date [Docket No. 27].

5. On March 21, 2019, an Order Authorizing the Retention and Employment of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor Retroactive to the Petition Date was entered and a copy of such Order is attached hereto as **Exhibit A** [Docket No.42].

6. On July 25, 2019, Gensburg Calandriello & Kanter, P.C. filed its First Interim Application for Compensation ("**First Interim Application**") seeking an award of attorneys' fees in the amount of $67,933.50 and expenses of $1,285.00. [Docket No. 66]. This Court granted the First Interim Application on August 21, 2019, in the amount of $67,933.50 and expenses of $1,285.00. [Docket No. 72]

7. On February 13, 2020, Gensburg Calandriello & Kanter, P.C. filed its Second Interim Application for Compensation ("**Second Interim Application**") seeking an award of attorneys' fees in the amount of $34,270.50 and expenses of $638.24. [Docket No. 119]. This Court granted the Second Interim Application on March 5, 2020, in the amount of $34,270.50 and expenses of $638.24. [Docket No. 121]

8. As of the date of this Third Interim Application, Gensburg Calandriello has received post-petition funds from the Debtor totaling $58,075.00.

## II. THIRD INTERIM FEE APPLICATION

9. This is Gensburg Calandriello's Third Interim Application for Compensation and reimbursement of expenses. The Third Interim Period covers the time period beginning January 1, 2020 and ending December 31, 2020. Gensburg Calandriello's fee statement for the time period from January 1, 2020 and ending December 31, 2020, sorted by category of work performed, is attached hereto as **Exhibit B**.

### SUMMARY OF FEES INCURRED/SERVICES RENDERED

10. During the Third Interim Period, a total of 144.5 hours were incurred by Gensburg Calandriello timekeepers, with the fees totaling $45,753.00 at a blended rate of $316.63 per hour. The request made by Gensburg Calandriello includes a voluntary reduction in compensation through certain time entries, some of which are noted as 'no charge' on Gensburg Calandriello's fee statement, in the amount of 1.2 hours. Gensburg Calandriello believes that the requested fees are reasonable and fair in light of the complexity of this Case. Pursuant to Local Rule 5082-1, a summary of the fees incurred during the Third Interim Period are organized (i) by timekeeper and

(ii) by task code and are attached hereto as **Exhibit C** and **Exhibit D,** which are incorporated herein by reference.

11.     The services performed during this Third Interim Period generally include the following categories:

A.      <u>**Case Administration (804)**</u>

Services in this category includes (a) written correspondence and telephone calls with the Debtor regarding Debtor's financial condition, outstanding tax returns, post confirmation matters, deferment of payments, and the impact of Coronavirus on Debtor's business and Debtor's strategy to address Coronavirus; (b) written correspondence and telephone calls with third parties including Byline Bank, and Illinois Department of Revenue ("**IDOR**"); (c) review of notice from insurance carrier and insurance certificate and discussion of same with Debtor.

Gensburg Calandriello is requesting an award for 15.0 hours with a value of $4,592.50 which incorporates a voluntary reduction of the requested award by 0.5 hours with a value of $155.00.

B.      <u>**Claims Analysis / Objections / Resolutions (805)**</u>

Services in this category include (i) correspondence with client regarding proofs of claims filed by IDOR and the Internal Revenue Service ("**IRS**"), (ii) reviewing proofs of claims filed by IDOR and IRS, and (iii) drafting, revising, and filing claims objections.

Gensburg Calandriello is requesting an award for 11.0 hours with a value of $3,465.50.

C.      <u>**Plan and Disclosure Statement (812)**</u>

Services in this category include time spent (i) corresponding with Debtor regarding post-confirmation issues and modifying plan; (ii) correspondence with third parties, including, Byline,

4

the Court, and United States Trustee, about post-confirmation issues, payment deferments, and modifying plan; (iii) drafting, filing, and preparing for Debtor's Motion to Modify Plan, and preparing documents and exhibits related thereto; and (iv) drafting and filing Debtor's Second Motion to Defer Plan Payments, and preparing documents and exhibits related thereto.

Gensburg Calandriello is requesting an award for 30.1 hours with a value of $9,509.00 which incorporates a voluntary reduction of the requested award by 0.5 hours with a value of $155.00.

### D. Fee/Employment Applications (813)

Services in this category include time (i) drafting, reviewing, revising, and filing the Second Interim Application and (ii) communicating with the Debtor regarding the Second Interim Application.

Gensburg Calandriello is requesting an award for 10.1 hours with a value of $3,014.50.

### E. Preparation/Review of Operating Reports (824)

Services in this category include time spent reviewing draft operating reports, communication with the debtor regarding its operating reports, and filing operating reports with the Court.

Gensburg Calandriello is requesting an award for 4.1 hours with a value of $1,301.00 in this category during the Third Interim Period.

### G. Court Hearings (833)

Services in this category include time spent, where not noted in other categories preparing for and attending the hearings associated or related to (i) status on Debtor's Second Amended Plan

of Reorganization; (ii) claims objections filed against IDOR and IRS and; (iii) the Debtor's Motion to Amend Plan of Reorganization.

Gensburg Calandriello is requesting an award for 5.1 hours with a value of $1,526.50 which incorporates a voluntary reduction of the requested award by 0.2 hours with a value of $55.00.

F.     **Leases and Executory Contracts** (835)

Services in this category include time spent negotiating a lease amendment with Debtor's landlord and correspondence with Debtor regarding same.

Gensburg Calandriello expended 2.8 hours with a value of $878.50 in this category during the Third Interim Period.

G.     **Tax Matters** (845)

Services in this category include, (i) correspondence with Debtor and Debtor's ordinary course accountant with respect to the status of Debtor's outstanding tax returns, Notice and EDA-70 Information Document Request from IDOR, the IDOR audit of Debtor, statute of limitations issues and statutes of limitation waivers, Debtor's finances, and Debtor's tax liabilities; (ii) correspondence with third parties, including Byline Bank, IRS, IDOR, the Office of the United States Trustee, and Department of Justice regarding Debtor's outstanding tax returns, the IDOR audit of Debtor, outstanding tax liabilities, and options for resolving Debtor's tax liabilities; (iii) researching various issues in connection with Debtor's tax matters, including, but not limited to, the statute of limitations and options for resolution; (iv) drafting, reviewing, and submitting Debtor's outstanding tax returns; (v) negotiating a payment plan for Debtor's outstanding tax liabilities to avoid collections; and (vi) negotiating the suspension of Debtor's payment plan for the period of time Debtor's business is negatively impacted by Coronavirus.

Gensburg Calandriello is requesting an award for 66.3 hours with a value of $21,465.50 during the Third Interim Period.

## SUMMARY OF EXPENSES

12. During the Third Interim Period, Gensburg Calandriello incurred or disbursed actual and necessary costs and expenses related to this Case. Therefore, Gensburg Calandriello is also applying for reimbursement of expenses incurred during the Third Interim Period, which total $559.05. These expenses are itemized and attached hereto as **Exhibit E** and consist of postage charges, facsimile transmission charges, and photocopying charges.

### III.    SUMMARY AND CONCLUSION

13. During the Third Interim Period, Gensburg Calandriello expended a total of 144.5 hours rendering professional services to the Debtor. Based upon the total number of hours spent in connection with Gensburg Calandriello's representation of the Debtor, the amount of fees incurred during the Third Interim Period is $45,753.00. Gensburg Calandriello's requested award incorporates a voluntary reduction of the requested award by 1.2 hours with a value of $365.00.

14. Gensburg Calandriello requests approval and payment of 100% of these professional fees incurred during the Third Interim Period.

15. As counsel to the Debtor, Gensburg Calandriello incurred a total of $559.05 in out-of-pocket expenses during the Third Interim Period. Gensburg Calandriello requests approval and payment of 100% of the actual and necessary expenses incurred during the Third Interim Period.

16. Gensburg Calandriello diligently represented the Debtor during this Case. Based upon the circumstances, the fair value of the professional services rendered by Gensburg

Calandriello to the Debtor, the skill required, the nature of services rendered, and the results obtained, the fees charged by Gensburg Calandriello for its services are reasonable.

17. All services for which Gensburg Calandriello requests compensation were performed for and on behalf of the Debtor, and not on behalf of any other entity.

18. No agreement or understanding exists between Gensburg Calandriello or any other person for sharing compensation that has been or will be received, except such sharing as is customary and generally accepted among lawyers within a law firm.

19. No agreement or understanding, expressed or implied, has been or will be entered into for the purpose of fixing the fees or other compensation to be paid to any other attorney for any party in interest, to any other party in interest, or to any person for services rendered in connection with this Case.

### IV. NOTICE

20. Notice of this Motion has been provided to the Debtor's secured creditors, the Illinois Department of Revenue, the Internal Revenue Service, the Office of the United States Trustee, and any other parties who have requested notice in this proceeding. A Notice of Hearing has been provided to all parties in interest pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (c)(2).

WHEREFORE, Gensburg Calandriello respectfully requests that this Court enter an Order:

(i) allowing compensation, on an interim basis, in the amount of $45,753.00;

(ii) allowing expenses, on an interim basis, in the amount of $559.05;

(iii) authorizing and directing the Debtor to pay Gensburg Calandriello & Kanter, P.C. $46,312.05 representing the total interim compensation and expenses incurred during the Third Interim Period; and

  (iv) granting such other and further relief deemed appropriate under the circumstances.

Respectfully Submitted,

GENSBURG CALANDRIELLO & KANTER, P.C.,

Counsel to the Debtor and Debtor-in Possession.

By:  /s/ E. Philip Groben
   E. Philip Groben

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242