# Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Spybar Management, LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-05128<br><br>Chapter: 11<br>Honorable Carol A. Doyle |
| Debtor(s) | ) | Adv. No.: |
| | ) | |
| Plaintiff(s) | )<br>)<br>)<br>)<br>) | |
| Defendant(s) | ) | |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF GENSBURG CALNDRIELLO & KANTER, P.C. AS COUNSEL TO THE DEBTOR, RETROACTIVE AS OF THE PETITION DATE**

Upon the application (the "Application") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order pursuant to sections 327(a) and 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code"), and Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the retention and employment of the law firm of Gensburg Calandriello & Kanter, P.C. ("Gensburg Calandriello & Kanter") as counsel for the Debtor, nunc pro tunc as of the Petition Date; and upon the Declaration of E. Philip Groben in Support of the Application of the Debtor for Entry of an Order Authorizing Retention and Employment of Gensburg Calandriello & Kanter, P.C. as counsel to the Debtor, Nunc Pro Tunc as of the Petition Date; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §157(b); Gensburg Calandriello & Kanter is "disinterested" and eligible for retention pursuant to sections 101(14) and 327(a) of the Bankruptcy Code, the terms of the engagement are reasonable and appropriate and this Court having determined that the relief requested in the Application is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT the motion is granted as follows:

1. The Debtor is authorized, pursuant to sections 327(a) to employ Gensburg Calandriello & Kanter as counsel to the Debtor in the above-captioned case upon effective retroactive to the Petition Date.

2. Gensburg Calandriello & Kanter will be compensated in accordance with sections 330 and 331 of the Bankruptcy Code.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle

Dated: March 21, 2019

United States Bankruptcy Judge

**Prepared by:**

E. Phillip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@ gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200
Facsimile: (312) 263-2242