

200 West Adams Street, Suite 2425 • Chicago, Illinois 60606 • P: 312-263-2200  F: 312-263-2242 • www.gcklegal.com

January 27, 2021

**SKY-01.200**

January 1, 2020 thru December 31, 2020

PRIVILEGED & CONFIDENTIAL

Skyline Management Co., Inc.
c/o Spy Bar
Attn: Mr. Dino Gardiokas
303 West Erie, Suite 220
Chicago IL 60654

Professional Services

<u>804 Case Administration</u>

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2020 | EPG | Email to group requesting follow-up on 12/27 email. | 0.10<br>310.00/hr | 31.00 |
| 1/6/2020 | EPG | Email correspondence re: setting up meeting to discuss confirmation issues. | 0.10<br>310.00/hr | 31.00 |
| | MTG | Review e-mails coordinating conference call regarding post-confirmation activity from Phil Groben (x2), Dino Gariakos (x2), Michael Roche. | 0.10<br>385.00/hr | 38.50 |
| 1/7/2020 | EPG | Email to M. Roche and LLC insurance broker to arrange call for tomorrow. | 0.10<br>310.00/hr | 31.00 |
| 1/8/2020 | EPG | Phone call with insurance broker to discuss Chapter 11 proceedings and renewal of insurance package. | 0.30<br>310.00/hr | 93.00 |
| 1/9/2020 | EPG | Meeting with group to discuss post confirmation payments, promissory notes, final decrees, and other matters which need to be addressed in a timely manner. | 0.90<br>310.00/hr | 279.00 |
| 1/10/2020 | MTG | Review e-mails regarding "action dates" from Phil Groben, Garrett Belschner, Dino Gardiakos. | 0.10<br>385.00/hr | 38.50 |

**Skyilne Management Co., Inc.**                                                                                                                    **Page 2**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/3/2020 | EPG | E-mail to client re: post confirmation issues and request for update. | 0.10 310.00/hr | 31.00 |
| 2/4/2020 | EPG | Phone call with Dino re: tax returns and other matter; telephone conference with M. Roche to discuss byline payment, post-confirmation issues, operating reports, etc.; e-mail communication with Byline. | 0.60 310.00/hr | 186.00 |
| 2/5/2020 | EPG | E-mail to Byline regarding February payment. | 0.30 310.00/hr | 93.00 |
| 2/13/2020 | TC | Review Phil's e-mail memo to client re: yesterday's Court Hearing and discussion of to-do list. | 0.20 325.00/hr | 65.00 |
| | EPG | Email to group with case update after post confirmation status. | 0.70 310.00/hr | 217.00 |
| 3/5/2020 | EPG | Discussion with chambers regarding moving post-confirmation status and email correspondence with Byline, UST, and IDOR regarding post-confirmation status and other matters. | 0.50 310.00/hr | NO CHARGE |
| 3/12/2020 | EPG | Email from M. Roche regarding employee claim issues, brief review of code priority language, responsive email. | 0.40 310.00/hr | 124.00 |
| 3/16/2020 | MTG | Review e-mails regarding effect of Coronavirus on Spybar operations from Phil Groben (x2), Michael Roche (x2), Dino Gardiakos; conference with Phil Groben regarding the same. | 0.40 385.00/hr | 154.00 |
| | EPG | Email to group with update and strategy moving forward. | 0.60 310.00/hr | 186.00 |
| | EPG | Email to group confirming strategy moving forward. | 0.70 310.00/hr | 217.00 |
| | EPG | Email correspondence and telephone call with M. Roche to discuss Spybar closure. | 0.80 310.00/hr | 248.00 |
| 3/19/2020 | EPG | Telephone call with UST regarding motion to modify. | 0.30 310.00/hr | 93.00 |
| 4/15/2020 | MTG | Review e-mails regarding open post-confirmation issues from Phil Groben and Garrett Belschner (x3). | 0.20 385.00/hr | 77.00 |
| 4/21/2020 | EPG | E-mail to group with copy of documents for execution. | 0.30 310.00/hr | 93.00 |
| | MTG | Review e-mails regarding status of the subordinated promissory notes and loan modification agreement and IDOR lien from Phil Groben and Garrett Belschner. | 0.10 385.00/hr | 38.50 |
| 4/22/2020 | EPG | E-mail to SCBT counsel re: PPP program; set up conference call. | 0.50 310.00/hr | 155.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | EPG | Email to client re: PPP loans. | 0.10<br>310.00/hr | 31.00 |
| 5/7/2020 | MG | Review email from Phil re: Spybar's Articles of Organization, Bylaws, and operating agreement; search network folder for those documents; email Phil re: same. | 0.30<br>325.00/hr | 97.50 |
| 5/8/2020 | EPG | Review of documents returned by client; email to client with request for missing document. | 0.50<br>310.00/hr | 155.00 |
|  | EPG | Email making arrangements for conference call to discuss current state of business and conference call with G. Belschner, D. Gardiakos, and M. Roche to status of business; current deferment; next steps. | 1.00<br>310.00/hr | 310.00 |
| 5/13/2020 | EPG | Email to Byline regarding upcoming post confirmation status. | 0.40<br>310.00/hr | 124.00 |
| 5/14/2020 | EPG | Calendared Dates. | 0.10<br>310.00/hr | 31.00 |
| 5/22/2020 | EPG | Calendared August replevin status date. | 0.10<br>310.00/hr | 31.00 |
| 5/26/2020 | EPG | Email from client regarding notice from insurance carrier and response thereto. | 0.20<br>310.00/hr | 62.00 |
| 5/26/2020 | MTG | Review e-mails regarding status of insurance reduction from Phil Groben. | 0.10<br>385.00/hr | 38.50 |
| 6/11/2020 | EPG | E-mail to client with case update. | 0.30<br>310.00/hr | 93.00 |
| 7/9/2020 | EPG | Email to client requesting update on operations and other matters. | 0.20<br>310.00/hr | 62.00 |
| 7/20/2020 | EPG | Email from M. Roche with summer COVID update and response thereto. | 0.40<br>310.00/hr | 124.00 |
| 8/11/2020 | EPG | Email to N. Sarillo with bankruptcy notices. | 0.10<br>310.00/hr | 31.00 |
| 10/7/2020 | MTG | Review e-mails regarding lapsed insurance from Phil Groben (x2), Garrett Belschner (x2). | 0.20<br>385.00/hr | 77.00 |
| 10/13/2020 | EPG | Finished review of Illinois Grant Program and email to management group with opinion. | 1.00<br>310.00/hr | 310.00 |
| 10/14/2020 | EPG | Email correspondence with Byline and Badger representative regarding lienholder information. | 0.20<br>310.00/hr | 62.00 |
| 10/16/2020 | EPG | Telephone call with M.Roche regarding insurance, IDOR | 0.40 | 124.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | payments, and other matters. | 310.00/hr | |
| 10/21/2020 | EPG | Email correspondence with client and Byline regarding insurance certificate. | 0.20<br>310.00/hr | 62.00 |
| 11/30/2020 | EPG | Email from Clerk of Court regarding docket entries; re-filed Q1 fee report and filed Q3 report. | 0.40<br>310.00/hr | 124.00 |
| 12/21/2020 | EPG | Reviewed of past correspondence and email to client regarding business interruption grant. | 0.40<br>310.00/hr | 124.00 |

SUBTOTAL:                                                                                              [    15.0        $4,592.50]

### 805 Claims Analysis/Objections/Resolutions

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2020 | TC | Office conference with Phil re: objection to IRS claim. | 0.20<br>325.00/hr | 65.00 |
| 2/18/2020 | TC | Review IDOR and IRS Proofs of Claim; work on e-mail memo to Jimmy P. re: list/summary of open P/R Tax and Inc. tax returns; review Jimmy P.'s subsequent e-mail memos with tax returns. | 2.00<br>325.00/hr | 650.00 |
| 3/19/2020 | EPG | Email to IDOR regarding requested relief. | 0.30<br>310.00/hr | 93.00 |
| 3/24/2020 | EPG | Revisions to proposed order per IDOR email; email correspondence with client regarding IDOR position. | 0.30<br>310.00/hr | 93.00 |
| 3/27/2020 | MTG | Review e-mails regarding Belschner claims from Phil Groben and Garrett Belschner (x3). | 0.10<br>385.00/hr | 38.50 |
| 3/31/2020 | MTG | Review e-mails regarding filing an objection to the IRS proof of claim from Phil Groben (x2) and Anthony Calandriello (x2). | 0.10<br>385.00/hr | 38.50 |
| | EPG | Review of notice provisions for IRS objections and tax return spreadsheet circulated by T. Calandriello; telephone call with T. Calandriello regarding tax returns filed and other matters. | 0.60<br>310.00/hr | 186.00 |
| 4/9/2020 | EPG | E-mail to M. Roche with proofs of claim and schedule E/F. | 0.40<br>310.00/hr | 124.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2020 | EPG | Prepared documents and filed claim objections with court. | 0.60 310.00/hr | 186.00 |
|  | EPG | Drafted Debtor's objection to proof of claim filed by IDOR. | 1.30 310.00/hr | 403.00 |
| 4/14/2020 | EPG | Drafted Debtor's objection to proof of claim filed by IRS. | 2.30 310.00/hr | 713.00 |
| 5/13/2020 | EPG | Email from T. Calandriello re: statute referenced in IDOR communication and responded thereto. | 0.20 310.00/hr | 62.00 |
|  | EPG | Email correspondence with IRS and IDOR re: claims objection. | 0.30 310.00/hr | 93.00 |
| 5/14/2020 | EPG | Email communication regarding IRS amended proof of claim with D. DeCellas, T .Calandriello, and M. Gutting. | 0.40 310.00/hr | 124.00 |
|  | TC | Review e-mail memos from Phil re: IRS's revised objection; IDOR response; draft e-mail memo response re: plan of action. | 0.50 325.00/hr | 162.50 |
| 7/20/2020 | EPG | Email to IDOR regarding 2016 IL-941 and upcoming status on claim objections. | 0.20 310.00/hr | 62.00 |
| 7/23/2020 | EPG | Phone call with IDOR to discuss claims objections and other matters. | 0.50 310.00/hr | 155.00 |
| 7/24/2020 | EPG | Email from M. Roche with copy of 2015 signature request and email to IDOR with same. | 0.30 310.00/hr | 93.00 |
| 7/29/2020 | EPG | Email from IDOR regarding withdrawal of claims, pulled withdrawals from case docket and responded to IDOR. | 0.40 310.00/hr | 124.00 |
|  |  | SUBTOTAL: | [       11.0 | $3,465.50] |

### 812 Plan and Disclosure Statement

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2020 | EPG | Prepared spreadsheets with claim/class treatment and emailed same to M. Roche. | 0.60 310.00/hr | 186.00 |
| 2/13/2020 | EPG | Finalized subordinated Class V Promissory Note and emailed same to client for review. | 0.60 310.00/hr | 186.00 |
| 2/13/2020 | MTG | Review draft Subordinated Promissory Note. | 0.40 385.00/hr | 154.00 |
| 2/14/2020 | MTG | Review e-mails regarding status of case and draft promissory | 0.10 | 38.50 |

|            |     |                                                                                                                                                          |                |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|----------|
|            |     | notes from Phil Groben (x2).                                                                                                                             | 385.00/hr      |          |
| 2/25/2020  | EPG | Email to M. Roche with questions regarding class treatment and response thereto.                                                                         | 0.30 310.00/hr | 93.00    |
|            | EPG | Finished review of Byline proposed modification agreement.                                                                                               | 0.60 310.00/hr | 186.00   |
| 2/26/2020  | EPG | Amendments to loan modification agreement and emailed redline to Byline.                                                                                 | 1.00 310.00/hr | 310.00   |
| 3/3/2020   | EPG | Email to Byline re: modification agreements.                                                                                                             | 0.80 310.00/hr | 248.00   |
| 3/16/2020  | TC  | Review Phil's e-mail re: closure of business in light of IL Government Order, bankruptcy ramifications and plan amendment.                               | 0.20 325.00/hr | 65.00    |
| 3/17/2020  | MTG | Review and edit "Motion to Modify Plan;" research Section 1127(b); telephone conference with Phil Groben regarding the same.                             | 2.50 385.00/hr | 962.50   |
|            | EPG | Drafted Motion to amend confirmed plan; review of and research regarding Section 1127.                                                                   | 5.60 310.00/hr | 1,736.00 |
| 3/18/2020  | MTG | Review status of extension motion.                                                                                                                       | 0.10 385.00/hr | 38.50    |
|            | EPG | Amended notice of hearing.                                                                                                                               | 0.80 310.00/hr | 248.00   |
|            | EPG | Amended motion to amend plan; prepared order and documents for filing; filed motion to amend plan and notice of hearing.                                 | 2.50 310.00/hr | 775.00   |
| 3/25/2020  | EPG | Correspondence with G. Belshner regarding Byline PFS: review of draft PFS and e-mail to G. Belshner with known issues.                                   | 0.70 310.00/hr | 217.00   |
| 3/26/2020  | EPG | Responded to UST e-mail regarding motion provisions.                                                                                                     | 0.10 310.00/hr | 31.00    |
|            | MTG | Review e-mails regarding the results of the hearing on Spybar's request to modify the Plan and the status of the insider promissory notes from Phil Groben (x2), Dino Gardiakos and Garrett Belscher. | 0.20 385.00/hr | 77.00    |
| 3/26/2020  | MTG | Conference with Phil Groben regarding motion to modify before Judge Doyle; review and respond to e-mails regarding the notice                            | 0.50 385.00/hr | 192.50   |

|  |  |  | |  |
|---|---|---|---|---|
|  |  | provided for in the motion from Phil Groben (x5), Denise DeLaurent and Alexis Clinebell. |  |  |
|  | EPG | Preparation of hearing on motion to modify plan; e-mail communication with M. Gensburg and A. Clinebell regarding court solutions; court appetence; emails correspondence to client with update on case. | 1.60 310.00/hr | 496.00 |
| 3/31/2020 | EPG | Review of documents provided by client with respect to pre-petition collateral setoff; email to client regarding same. | 0.40 310.00/hr | 124.00 |
| 3/31/2020 | MTG | Review e-mails regarding Spybar's proposed promissory to Belschner from Phil Groben, Dino Gardiakos and Garrett Belschner. | 0.20 385.00/hr | 77.00 |
| 4/9/2020 | EPG | E-mail correspondence with Byline. | 0.50 310.00/hr | 155.00 |
| 4/14/2020 | EPG | E-mail to client with update on Byline loan mod, claim objections, and other matters. | 0.50 310.00/hr | 155.00 |
| 4/22/2020 | EPG | Correspondence with client re: post-confirmation issues. | 0.10 310.00/hr | 31.00 |
| 5/8/2020 | EPG | Email regarding call to discuss reopening and plan deferment. | 0.10 310.00/hr | 31.00 |
|  | MTG | Review e-mails regarding extending Plan payments a second time from Phil Groben (x5), Dino Gardiakos (x3), Michael Roche (x3), Garrett Belschner (x3). | 0.40 385.00/hr | 154.00 |
| 5/28/2020 | EPG | Drafted second motion to defer plan payments and accompanying notice of hearing. [1.8] Final amendments to motion to modify plan and notice of hearing, created proposed order; filed motion and notice of hearing  [.60] | 2.40 310.00/hr | 744.00 |
| 8/5/2020 | EPG | Phone call with Byline Bank to discuss deferment and other issues. | 0.30 310.00/hr | 93.00 |
|  | EPG | Email exchange with Byline Bank and drafted motion to amend plan, review of state and local restrictions, telephone call with M. Roche to discuss operations and strategies for future. | 2.20 310.00/hr | 682.00 |
| 8/7/2020 | EPG | Email to Byline Bank following up on Wednesday call. | 0.10 310.00/hr | 31.00 |
|  | EPG | Phone call with M. Roche and Byline Bank regarding status of landlord obligations. | 0.40 310.00/hr | 124.00 |
|  | EPG | Finished drafting motion to modify plan and filed same. | 1.30 310.00/hr | 403.00 |
| 8/10/2020 | EPG | Phone call with Byline Bank re: deferral. | 0.20 310.00/hr | 62.00 |

|            |     |                                                                                                                                  |          |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|----------|-----------|
|            | EPG | Email to client re: Motion to Defer payments.                                                                                    | 0.50<br>310.00/hr | 155.00 |
| 8/11/2020  | EPG | Prepared and filed amended notice of motion to amend plan.                                                                       | 0.40<br>310.00/hr | NO CHARGE |
| 8/12/2020  | EPG | Email with Byline and telephone call to discuss motion to amend plan.                                                            | 0.40<br>310.00/hr | 124.00 |
| 8/20/2020  | EPG | Phone call with M. Gensburg regarding same.                                                                                      | 0.10<br>310.00/hr | NO CHARGE |
|            | EPG | Email to group with case update.                                                                                                 | 0.30<br>310.00/hr | 93.00 |
| 9/27/2020  | EPG | Email from M. Roche requesting copies of the motion and order modifying the plan terms; responded thereto.                       | 0.10<br>310.00/hr | 31.00 |

|            |       |                                                                          |          |              |
|------------|-------|--------------------------------------------------------------------------|----------|--------------|
|            | SUBTOTAL: |                                                                      | [  30.1  | $9,509.00 ]  |

813 Fee/Employment Applications

|            |     |                                                                                                                                                                                                                                                                                    | Hrs/Rate          | Amount |
|------------|-----|----|----|----|
| 1/16/2020  | EPG | Review of time entries in preparation of drafting second petition for fees.                                                                                                                                                                                                        | 0.50<br>310.00/hr | 155.00 |
| 1/20/2020  | EPG | Drafted second interim application for award of fees.                                                                                                                                                                                                                              | 1.80<br>325.00/hr | 585.00 |
| 1/20/2020  | AEC | In connection with Second Interim Fee Application: review payments received post-petition; review billing statements to determine number of hours billed, number of hours not billed, and value for both hours billed and not billed for each section/category. Begin editing application to reflect current fees being requested. | 1.80<br>275.00/hr | 495.00 |
| 1/21/2020  | AEC | Finish reviewing time entries for second interim period in re to drafting Second Interim Fee Application. Add times, fees, and costs to second fee application. Draft exhibits to second fee application, including summary of time by timekeeper, summary of time by category, and fee application expenses. | 2.30<br>275.00/hr | 632.50 |
| 2/13/2020  | EPG | Final preparations for filing of second fee application; prepared documents and filed fee app.                                                                                                                                                                                     | 2.80<br>310.00/hr | 868.00 |
| 5/8/2020   | EPG | Review of timeslips.                                                                                                                                                                                                                                                               | 0.50<br>310.00/hr | 155.00 |

**Skyilne Management Co., Inc.**                                                                                                                 Page 9

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2020 | EPG | Review of June time slips. | 0.40<br>310.00/hr | 124.00 |

|  |  | | |
|---|---|---|---|
| | SUBTOTAL: | [   10.10 | $3,014.50 ] |

**824 Preparation/Review Operating Report**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2020 | EPG | Phone call with M. Roche regarding status of Operating Reports and other matters. | 0.40<br>310.00/hr | 124.00 |
| 3/30/2020 | MTG | Review e-mails regarding missing components of monthly operating report from Tom Thorton (x3) and Phil Groben. | 0.20<br>385.00/hr | 77.00 |
| 3/31/2020 | EPG | Email to M. Roche with information provided by UST. | 0.30<br>310.00/hr | 93.00 |
| 4/22/2020 | EPG | Review of March operating report and e-mail to L. Acton re: signature page. | 0.20<br>310.00/hr | 62.00 |
| 4/30/2020 | EPG | Telephone call with M.  re: post confirmation reporting. | 0.30<br>310.00/hr | 93.00 |
| 5/4/2020 | EPG | Email to client regarding UST fees and documents which need to be executed; email to IDOR re: IL-941. | 0.30<br>310.00/hr | 93.00 |
| 5/6/2020 | EPG | Email to client with request for executed documents and telephone call with UST re: quarterly payment. | 0.50<br>310.00/hr | 155.00 |
| 5/6/2020 | EPG | E-mail to client re: UST payments. | 0.30<br>310.00/hr | 93.00 |
| 5/7/2020 | MTG | Review e-mails regarding past due U.S. Trustee fees during the COVID pandemic from Phil Groben and Michael Roche. | 0.10<br>385.00/hr | 38.50 |
| 5/15/2020 | EPG | Email to client regarding UST fees. | 0.10<br>310.00/hr | 31.00 |
| 5/28/2020 | EPG | Email from UST regarding fees and email to client regarding same. | 0.30<br>310.00/hr | 93.00 |
| 8/18/2020 | EPG | Email to group with message from UST regarding quarterly fees. | 0.20<br>310.00/hr | 62.00 |
| | MTG | Review e-mails regarding the payment of United Trustee Fees from Phil Groben and Garret Belchner. | 0.10<br>385.00/hr | 38.50 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/25/2020 | EPG | Reviewed quarterly operating reports and filed same. | 0.40 310.00/hr | 124.00 |
| 12/08/2020 | EPG | Email correspondence with UST and phone call with J. Gansberg regarding UST fees. | 0.40 310.00/hr | 124.00 |
| | | SUBTOTAL: | [ 4.1 | $1,301.00] |

### 833 Court Hearings

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2020 | EPG | Court appearance on post-confirmation status. | 0.60 310.00/hr | 186.00 |
| 3/5/2020 | EPG | Preparation for hearing on second fee application. | 0.30 310.00/hr | 93.00 |
| 3/10/2020 | EPG | Email to chambers with request for continuance of post-confirmation status. | 0.20 310.00/hr | 62.00 |
| 3/25/2020 | EPG | Preparation for hearing on motion to modify; review of Section 1101(2) and 1127. | 0.70 310..00/hr | 217.00 |
| 3/26/2020 | AEC | Register Matt for telephonic appearance at hearing scheduled for today at 10 am through Court-Solutions. | 0.20 275.00/hr | NO CHARGE |
| 4/22/2020 | EPG | Phone call with chambers and e-mail to attorneys of record re: moving post confirmation status. | 0.10 310.00/hr | 31.00 |
| 4/23/2020 | EPG | E-mail communication re: moving post-confirmation status. | 0.30 310.00/hr | 93.00 |
| 5/14/2020 | EPG | Preparation for telephonic court appearance on claims objections and post-confirmation status; court appearance on same. | 0.50 310.00/hr | 155.00 |
| 6/11/2020 | EPG | Received voicemail from chambers regarding post-confirmation status; email to parties-in-interest with request for feedback regarding new date. | 0.20 310.00/hr | 62.00 |
| | EPG | Preparation for and participation in hearing on claim objections and motion to defer plan payments. | 0.80 310.00/hr | 248.00 |
| 7/29/2020 | EPG | Preparation for CourtSolutions appearance. | 0.10 310.00/hr | 31.00 |
| 7/30/2020 | EPG | Preparation for and telephonic appearance on post confirmation status and objections to IDOR claims. | 0.50 310.00/hr | 155.00 |
| 8/20/2020 | EPG | Preparation for and court appearance on motion to amend plan. | 0.50 | 155.00 |

|            |     |                                                                                                                  | Hrs/Rate         | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------|------------------|-------------|
|            |     |                                                                                                                  | 310.00/hr        |             |
| 8/24/2020  | MTG | Review e-mails regarding the forbearance agreement on past due lease payments from Phil Groben and Michael Roche. | 0.10<br>385.00/hr | 38.50      |
|            |     | SUBTOTAL:                                                                                                        | [   5.1          | $1,526.50 ] |

### 835 Leases and Executory Contracts

|            |     |                                                                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 5/18/2020  | EPG | Review of proposed lease amendment; email to client with opinion.                                                                     | 0.90<br>310.00/hr | 279.00  |
| 8/10/2020  | EPG | Email to T. Calandriello regarding landlord/tenant issues; telephone call with same to discuss Skyline/landlord resolution.           | 0.50<br>310.00/hr | 155.00  |
|            | TC  | Participate in call with Phil re: Lease negotiations and our scope; discuss to do list.                                               | 0.50<br>325.00/hr | 162.50  |
| 8/24/2020  | EPG | Review of 9th lease amendment; email to group with initial impression.                                                                | 0.70<br>310.00/hr | 217.00  |
| 8/25/2020  | TC  | Review Mike Roche's memo re: lease matters; telephone call with Phil re: same.                                                        | 0.20<br>325.00/hr | 65.00   |
|            |     | SUBTOTAL:                                                                                                                             | [   2.8          | $878.50 ]|

### 845 Tax Matters

|            |     |                                                                                                                                                                                                                                                                                                                                                                           | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 1/9/2020   | MG  | Review voice message from IDOR Auditor Juanita Harley; email Phil and Tony re: voice message from IDOR auditor; conference with Phil re: voice message from IDOR auditor; status of Skyline and Spybar left voice message for IDOR auditor in follow-up to her voice message; telephone call with IDOR auditor re: status of Skyline and Spybar and her upcoming information request. | 1.00<br>325.00/hr | 325.00 |
| 1/10/2020  | MG  | Review email from IDOR auditor with EDA-70 Information Document Request; review files re: information previously provided to IDOR auditor; email Dino, Garrett, and Michael re: IDOR Information Document Request; briefly review POS reports from Michael Roche.                                                                                                         | 0.70<br>325.00/hr | 227.50 |
| 1/14/2020  | MTG | Review e-mails regarding status of tax returns from Dino Gardiakos.                                                                                                                                                                                                                                                                                                       | 0.10<br>385.00/hr | 38.50  |
| 1/15/2020  | EPG | Email from T. Calandriello regarding IDOR audit of Skyline                                                                                                                                                                                                                                                                                                                | 0.20              | 62.00  |

| Date | Atty | Description | Rate | Amount |
|---|---|---|---|---|
| | | finances, discussion with M. Gensburg of same, and responsive email to T. Calandriello. | 325.00/hr | |
| 1/20/2020 | EPG | Email from client with timeline for filing of tax returns; telephone call with J. Passarelli to confirm same. | 0.10 310.00/hr | 31.00 |
| 1/22/2020 | EPG | Telephone call with UST re: Skyline audit. [.10] Email to T. Calandriello regarding UST opinion on Skyline audit. [.10] | 0.20 310.00/hr | 62.00 |
| 1/31/2020 | MG | E-mail IDOR re: 2018 POS reports and to request additional time to provide remaining requested information; e-mail Dino, Garrett, and Michael re: remaining requested information. | 0.50 325.00/hr | 162.50 |
| 2/3/2020 | MG | Review email and statute of limitations waiver from IDOR auditor; email Dino, Garrett, and Michael re: IDOR extended deadline for responding to information request and statute of limitations waiver. | 0.70 325.00/hr | 227.50 |
| 2/7/2020 | MG | Telephone call with Michael re: IDOR audit. | 0.20 325.00/hr | 65.00 |
| 2/12/2020 | MG | Review status of matter; email Dino, Garrett, and Michael re: IDOR Statute of Limitations Waiver and documents for responding to IDOR auditor. | 0.50 325.00/hr | 162.50 |
| | TC | Office conference with Phil Groben re: 2017 and 2018 Form 1065s. | 0.20 325.00/hr | 65.00 |
| 2/14/2020 | MG | Review email from IDOR auditor re: Statute of Limitations Waiver; review file re: last communication with Skyline Management team; email Dino, Michael and Garrett re: auditor's email and Statute of Limitations Waiver; respond to IDOR auditor's email. | 0.50 325.00/hr | 162.50 |
| 2/14/2020 | TC | Work on e-mail memo to Jimmy P. re: 941-940s outstanding; office conference with Phil re: same. | 0.20 325.00/hr | 65.00 |
| 2/19/2020 | MG | Email Dino, Michael, and Garrett re: statute of limitations waiver; email Dino, Michael, and Garrett re: remaining documents needed for responding to IDOR auditor's information request. | 0.20 325.00/hr | 65.00 |
| 2/21/2020 | MG | Review last communications with Dino, Michael, and Garrett; draft email to Dino, Michael, and Garrett re: information needed for responding to IDOR information request and Statute of Limitations Waiver; review documents from Michael for responding to IDOR information request; send requested information to IDOR auditor. | 2.70 325.00/hr | 877.50 |
| | TC | Review multiple e-mail memos from Mike Roche re: sales tax audit information response. | 0.50 325.00/hr | 162.50 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/24/2020 | MG | Correct officer title on Statute of Limitations Waiver; email Waiver to IDOR auditor; telephone call with IDOR auditor re: documentation sent in response to EDA-70; email Michael Roche re: Skyline Management Co.'s 2016, 2017, and 2018 federal and state income tax returns; review voice message from IDOR auditor; 2nd telephone call with IDOR auditor re: whether business was temporarily closed; review Skyline Management Co.'s 2016, 2017, and 2018 federal and state income tax returns; send same to IDOR auditor. | 1.50<br>325.00/hr | 487.50 |
|  | TC | Review executed Statute of Limitations Waiver requested by the IDOR Revenue Agent for the Audit. | 0.20<br>325.00/hr | 65.00 |
| 3/4/2020 | TC | Work on reconciliation of outstanding tax returns per Proofs of Claim (IRS and IDOR) with tax returns to be executed; office conference with Phil. | 2.00<br>325.00/hr | 650.00 |
| 3/10/2020 | TC | Review last Order; draft memo to client re: same; work on tax return filing matters. | 0.50<br>325.00/hr | 162.50 |
| 3/12/2020 | TC | Met with Dino to go over returns to be execute and filed; work on summary of outstanding items; office conference with Phil. | 2.20<br>325.00/hr | 715.00 |
| 3/13/2020 | TC | Continue to work on summary of outstanding tax returns and tax returns to be filed. | 1.00<br>325.00/hr | 325.00 |
| 3/16/2020 | EPG | Phone call with IDOR requesting guidance on sales and income tax payments. | 0.30<br>310.00/hr | 93.00 |
| 3/20/2020 | TC | Work on tax matters. | 1.00<br>325.00/hr | 325.00 |
| 3/24/2020 | EPG | Email to T. Calandriello re: status of tax returns; telephone call with T. Calandriello to discuss status of tax returns and other matters. | 0.10<br>310.00/hr | 31.00 |
|  | TC | Telephone conference with Phil re: status of the filing of delinquent tax returns; review Phil's e-mail memo re: pay plan agreement with IDOR. | 0.50<br>325.00/hr | 162.50 |
| 3/25/2020 | TC | Work on updating/reconciling chart/summary reconciling tax returns to IDOR and IRS Proofs of Claim; work on letters to IDOR and IRS re: filing delinquent returns; work on memo to Jimmy P.; re: corporate tax return filing evidence; telephone conference with Phil Groben re: same. | 2.50<br>325.00/hr | 812.50 |
| 3/26/2020 | TC | Work on summary/reconciliation of tax returns filed vs. IDOR and IRS Proofs of Claim; review Phil's e-mail memos re: court, to do list and case update. | 0.50<br>325.00/hr | 162.50 |

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/31/2020 | TC | Complete work on summary on tax returns vs. tax returns listed by IRS and IDOR per their Proofs of Claim; telephone conference with Phil re: same; draft e-mail memos to Accountant re: same. | 2.20 325.00/hr | 715.00 |
| 4/8/2020 | TC | Work on e-mail memo to Jimmy P. re: missing tax returns/status and need for the prospective objection filings review response memo from Jimmy with tax returns. | 0.50 325.00/hr | 162.50 |
| 4/9/2020 | TC | Review several IDOR and IRS payroll tax returns (outstanding); work on updated summary for objections to IDOR's and IRS' proofs of claim; work on e-mail memos to Jimmy P. re: same and client re: execution procedures and timing; work on e-mail memo to Phil with updated summaries of liabilities; e-mail memo to Phil re: to do list. | 1.20 325.00/hr | 390.00 |
| | EPG | E-mail from J. Passarelli with tax returns' brief review of same and e-mail to T. Calandriello requesting guidance on filing of returns and calculation of tax liabilities. | 0.30 310.00/hr | 93.00 |
| 4/10/2020 | TC | Work on final updated version of Tax Liabilities summaries; work on e-mail memo to Phil re: same. | 1.00 325.00/hr | 325.00 |
| 4/13/2020 | TC | Work on delinquent tax returns matter; draft e-mail memo to Garrett; review same. | 0.20 325.00/hr | 65.00 |
| 4/14/2020 | TC | Review letters to IDOR re: filing of outstanding tax returns; work on memos re: other outstanding returns that need to be filed. | 1.00 325.00/hr | 325.00 |
| | MTG | Review e-mails regarding objection to Internal Revenue Service proof of claim from Phil Groben (x3) and Anthony Calandriello (x3). | 0.10 385.00/hr | 38.50 |
| 4/15/2020 | TC | Telephone call with Phil re: preparation of objections to IDOR and IRS; review Phil's e-mail memo from yesterday re: same and Promissory Note questions; review Garrett's response. | 1.00 325.00/hr | 325.00 |
| 4/20/2020 | MG | Review e-mail and EDA-70 from IDOR auditor; review file re: ST-1s; POS system and when Spybar was closed; e-mail Tony re: same. | 0.80 325.00/hr | 260.00 |
| 4/21/2020 | EPG | E-mail to G. Belschner regarding inquiry as to IDOR tax lien. | 0.30 310.00/hr | 93.00 |
| | EPG | E-mail from B. Lynch requested copy of filed returns; telephone conference with R. Rodriguez regarding cover letter for 2017/2018 IDOR returns; e-mail to T. Calandriello regarding same. | 0.40 310.00/hr | 124.00 |
| | MG | E-mail Dino, Michael and Garrett re: additional information requested by IDOR auditor. | 0.40 325.00/hr | 130.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/23/2020 | EPG | E-mail to B. Lynch with copies of tax returns. | 0.20<br>310.00/hr | 62.00 |
| 4/28/2020 | EPG | Email to client regarding executed documents and email to IDOR with follow-up on tax returns; email from IDOR with questions on withholding and review of correspondence between T. Calandriello and J. Passarelli. | 0.10<br>310.00/hr | 31.00 |
| | MG | Review e-mail and attachment from IDOR Auditor re; Fast Track Resolution; review IDOR's website for information re: Fast Track Resolution; e-mail Tony re: auditor's e-mail and Fast Track resolution. | 0.80<br>325.00/hr | 260.00 |
| | TC | Review IDOR's Legal Counsel's questions in connection with recently filed tax returns; draft memo to Jimmy P. re: same. | 0.50<br>325.00/hr | 162.50 |
| 4/30/2020 | MG | Review email and ST-4 audit initiation letter from IDOR auditor; email same to Dino, Michael, and Garrett. | 0.20<br>325.00/hr | 65.00 |
| 5/8/2020 | MG | Review e-mails from IDOR auditor re: ROT and MPEA audits; e-mail Tony re: emails from auditor. | 0.60<br>325.00/hr | 195.00 |
| 5/11/2020 | EPG | Brief review of IDOR documents and email to M. Gutting requesting explanation of IDOR terms and procedures. | 0.20<br>310.00/hr | 62.00 |
| | TC | Review e-mail memos from Phil and from Department of Justice Attorney; re: proof of claim and tax returns begin processed. | 0.50<br>325.00/hr | 162.50 |
| 5/13/2020 | TC | Review Phil's e-mail memo re: IL Rule for Employer withholding responsibility. | 0.20<br>325.00/hr | 65.00 |
| 5/14/2020 | MG | Review emails from Tony and Phil re: contacting IDOR re: Illinois tax return issues; review files for copies of filed 2016 and 2018 Forms IL-941s; telephone call with IDOR re: email from Illinois assistant attorney general re: issues with processing IL-941s; left voice message for IDOR Bankruptcy Unit re: issues with processing IL-941s; email Phil re: status of contacting IDOR re: unprocessed returns; review email from Phil re: IRS Proof of Claim. | 1.90<br>325.00/hr | 617.50 |
| 5/15/2020 | MG | Telephone call with IDOR trying to get a hold of Joshua in IDOR's Bankruptcy Unit; lengthy telephone call with IDOR re: issues with processing IL-941s; draft memo to the file re: telephone call with IDOR; review IRS original Proof of Claim, IRS amended Proof of Claim, tax spreadsheet, and tax returns filed with the IRS; compare tax due amounts per the IRS Proof of Claim to the balance due amounts per the tax returns; email Phil re: IRS amended Proof of Claim; email Phil re: my telephone call with IDOR re: issues with processing IL-941s; draft email to Dino, Michael, and Garrett re: ROT and MPEA audits and send | 4.50<br>325.00/hr | 1,462.50 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | draft email to Tony. | | |
| 5/17/2020 | EPG | Review of correspondence from M. Gutting regarding IRS and IDOR issues. | 0.30<br>310.00/hr | 93.00 |
| 5/18/2020 | MG | Review emails from Phil re: CPP-1/IDOR payment plan and IRS estimates of tax due; review file re: IDOR payment plan; search file for IRS Power of Attorney; email Phil re: IDOR payment plan and subsequent audit; respond to Phil's 2nd email re: IDOR pay plan and audit; respond to Phil's email re: IRS estimated tax due; schedule a Teams meeting; conference with Tony and Phil re: IDOR audit, IDOR pay plan, and IRS estimates of tax due; prepare Forms IL-941 for 1st, 2nd, and 3rd quarters of 2016 and the 2nd and 3rd quarters of 2018; email same to Dino, Michael, and Garrett. | 3.20<br>325.00/hr | 1,040.00 |
| 5/18/2020 | EPG | Email correspondence with T. Calandriello and M. Gutting; videoconference to discuss IDOR and IRS claims. | 0.80<br>310.00/hr | 248.00 |
| | TC | Review e-mail memos from Phil and Mike re: Tax matters; participate in a video conference with Phil and Mike re: same; discuss plan of action; review Mike's supplement memo. | 1.00<br>325.00/hr | 325.00 |
| 5/21/2020 | MG | Review and respond to Phil's e-mail re: tax returns; e-mail Dino, Michael, and Garrett re: IL-941s. | 0.20<br>325.00/hr | 65.00 |
| | EPG | Phone Call with B. Lynch regarding IDOR claims. | 0.50<br>310.00/hr | 155.00 |
| 5/22/2020 | MG | Review executed tax returns from Michael Roche; e-mail Michael Roche re: tax returns and check boxes being unchecked; review 2nd batch of executed tax returns from Michael Roche; e-mail Michael re: same. | 0.50<br>325.00/hr | 162.50 |
| 5/27/2020 | MG | Draft letter to IDOR re: IL-941s; e-mails with Raquel re: same. | 0.50<br>325.00/hr | 162.50 |
| 5/28/2020 | EPG | Email correspondence from IDOR and to client with respect to Skyline payment plan. | 0.20<br>310.00/hr | 62.00 |
| | TC | Review e-mail memo from IDOR Legal Counsel in connection with pay plan matters; review Jimmy P.'s e-mail memo response; draft response memo to Phil. | 0.20<br>325.00/hr | 65.00 |
| 6/9/2020 | EPG | Email to counsel for IRS and IDOR regarding objections to proofs of claim and other matters. | 0.40<br>310.00/hr | 124.00 |
| | EPG | Email from B. Lynch regarding IDOR records and requested documents; internal email exchange and tele. with M. Gutting regarding IDOR request, documents already submitted in late May, and other matters; email to client regarding IDOR request and email to IDOR attorney with additional information. | 1.70<br>310.00/hr | 527.00 |

**Skyilne Management Co., Inc.**     Page 17

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | MG | Review Illinois assistant attorney general's e-mail from Phil re: 2015 IL-1065 and 2016, 2017 and 2018 IL-941s; review file re: filing of same with IDOR; e-mail Phil re: same; e-mail Raquel re: U.S. mail return receipt card; lengthy conference call with Phil re: 2015 IL-1065 and 2016, 2017 and 2018 IL-941s; prepare Forms IL-941 for tax periods identified by Illinois assistant attorney general; e-mail same to Dino, Michael, and Garrett. | 3.50<br>325.00/hr | 1,137.50 |
| 6/9/2020 | TC | Review e-mail memos from IDOR and IRS re: status of objectives to proofs of claim, next steps and draft response to Phil re: IDOR pay plan. | 0.50<br>325.00/hr | 162.50 |
| 6/10/2020 | MG | Review e-mail from Michael Roche re: inability to sign and print IL-941s; print, ,save, and e-mail non-fillable versions of IL-941s to Michael Roche. | 0.30<br>325.00/hr | 97.50 |
| | MG | Review IDOR auditor's e-mail re: penalty abatement; e-mail Tony re: IDOR auditor's e-mail re: penalty abatement; review file re: communications with IDOR auditor; review and respond to Tony's emails re: penalty abatement and communications with auditor re: business shutdown due to COVID-19; respond to auditor re: penalty abatement; review IDOR auditor's second e-mail re: penalty abatement; e-mail Tony re: my draft response to IDOR auditor's second e-mail; respond to IDOR auditor's second e-mail. | 1.10<br>325.00/hr | 357.50 |
| | TC | Review IDOR e-mail memos re: audit; draft memos to Mike G. re: same. | 0.20<br>325.00/hr | 65.00 |
| 6/11/2020 | TC | Review e-mail memo from Phil re: Court Hearing on IRS and IDOR Objections; draft response to Phil. | 0.20<br>325.00/hr | 65.00 |
| 6/19/2020 | MG | Review letter from IDOR auditor; e-mail tony re: same. | 0.10<br>325.00/hr | 32.50 |
| 6/22/2020 | MG | Review e-mail from IDOR auditor re: MPEA audit; e-mail Tony re: same. | 0.20<br>325.00/hr | 65.00 |
| 6/28/2020 | EPG | Email from G. Belschner with IDOR correspondence; review of same; and email to IDOR counsel re: Notice of Intent to Levy. | 0.20<br>310.00/hr | 62.00 |
| 6/29/2020 | EPG | Email correspondence from IDOR regarding correspondence received by client and email to client regarding same. | 0.40<br>310.00/hr | 124.00 |
| | MG | Review e-mail from Phil re: tax documents; left voice mail for Phil re: tax documents; review Phil's e-mail re: 4th Quarter 2016 IL-941; review file re: 4th Quarter 2016 IL-941; e-mail Phil re: 4th Quarter 2016 Form IL-941; e-mail Dino, Michael, and Garrett re: 4th Quarter 2016 IL-941. | 0.80<br>325.00/hr | 260.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/9/2020 | MG | Review e-mails re: 4th quarter 2016 Form IL-941; e-mail Dino, Michael and Garret re: 4th quarter 2016 Form IL-941. | 0.20 325.00/hr | 65.00 |
| 7/13/2020 | MG | Review e-mails from IDOR auditor with Notices of Proposed Liability; e-mail Tony re: same. | 0.30 325.00/hr | 97.50 |
| 7/20/2020 | MG | Review executed 4th Q 2016 Form IL-941 from Michael Roche; draft letter to IDOR for transmittal of executed Form IL-941; email Raquel re: same; respond to Raquel's email re: letter. | 0.40 325.00/hr | 130.00 |
| 7/23/2020 | MG | Review e-mail from Phil re: 2015 Form IL-1065; review file for 2015 Form IL-1065; respond to Phil's e-mail; e-mail Spybar team re: 2015 Form IL-1065 and signing IDOR Taxpayer Notification letter; review e-mail attachment from Michael Roche; e-mail Phil re: 2015 Form-1065 and IDOR Taxpayer Notification. | 0.80 325.00/hr | 260.00 |
| 7/24/2020 | MG | E-mail Michael Roche re: 2015 Form IL-1065 and need for executed Taxpayer Notification Letter; draft letter to IDOR for transmittal of executed Taxpayer Notification Letter. | 0.50 325.00/hr | 162.50 |
| 7/29/2020 | TC | Review e-mail memo re: IDOR's position on our claim objection. | 0.20 325.00/hr | 65.00 |
| 8/27/2020 | MG | Telephone call with IDOR Collection Officer re: installment payment plan; draft memo to the file re: conversation with IDOR; e-mail Tony re: same. | 0.70 325.00/hr | 227.50 |
| | TC | Review Mike's memo re: pay plan default; draft memo to Phil re: same. | 0.20 325.00/hr | 65.00 |
| 9/11/2020 | MG | Review email from auditor and Notice of Audit Results; email Tony re: same; review file memo re: last conversation with IDOR Collection Officer; email Tony re: resolving defaulted installment payment plan. | 0.50 325.00/hr | 162.50 |
| 9/14/2020 | MG | Review e-mail from IDOR auditor and MPEA audit results; e-mail Tony re: same. | 0.20 325.00/hr | 65.00 |
| 10/1/2020 | EPG | Email correspondence with T. Calandriello and M. Gutting regarding IDOR communication. Email to R. Lynch requesting call to discuss IDOR position. | 0.20 310.00/hr | 62.00 |
| | MG | Review file memo re: last conversation with IDOR Collection Officer; review emails re: resolving IDOR matter; email Phil re: status of IDOR resolution; telephone call with IDOR re: defaulted payment plan; telephone call with IDOR Collection Officer re: defaulted installment payment plan and holding off on collection; draft memo to the file re: telephone call with IDOR Collection Officer; email Tony and Phil re: my conversation with IDOR Collection Officer. | 0.90 325.00/hr | 292.50 |
| 10/5/2020 | TC | Correspondence with Mike Gutting and Phil Groben re: | 0.20 | 65.00 |

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | conference call with IL AG in connection with pay plan matters. | 325.00/hr | |
| 10/6/2020 | MG | Conference call with Illinois Special Assistant Attorney General Bob Lynch to discuss how to handle Skyline Management Co.'s outstanding IDOR liabilities while Spybar is closed due to COVID-19; conference with Phil re: conversation with Bob Lynch; draft memo to the file re: conference call; review file re: audit period notice of audit results, and installment payment plan. | 2.00 325.00/hr | 650.00 |
| 10/8/2020 | MG | Conference with Tony re: Phil and my conference call with assistant Illinois AG; e-mail team re: our conference call with assistant Illinois AG. | 0.60 325.00/hr | 195.00 |
| | TC | Review Mike's memo re: new liabilities and to do list in connection with a prospective plan with IDOR. | 0.20 325.00/hr | 65.00 |
| 11/30/2020 | MG | Review file memo re: last conversation with IDOR Collection Officer; review file memo re: last conversation with Illinois Special Assistant Attorney General Bob Lynch; e-mail Phil re: August sales tax return and payment of new liabilities; review last e-mail sent to Dino, Michael Rocher, and Garrett; e-mail Dino, Michael Roche and Garrett re: payment of new liabilities, August sales tax return, requesting suspension of payments on installment payment plan, following-up with IDOR Collection Officer. | 1.10 325.00/hr | 357.50 |
| 12/04/2020 | MG | Email Dino, Garrett and Michael Roche re: payment of 2020 tax liabilities and August sales tax return; review emails from Michael Roche. | 0.20 325.00/hr | 65.00 |
| 12/07/2020 | MG | Telephone call with IDOR Collection Officer re: holding off on taking collection action; draft memo to the file re: telephone call with IDOR. | 0.70 325.00/hr | 227.50 |
| 12/08/2020 | MG | Email team re: yesterday's telephone conversation with IDOR Collection Officer. | 0.20 325.00/hr | 65.00 |
| | | SUBTOTAL: | [ 66.3 | $21,465.50] |
| | | TOTAL: | 144.5 | $45,753.00 |