# EXHIBIT C

*In re Spybar Management, LLC*
**Case No. 19-05128**
**United States Bankruptcy Court for the Northern District of Illinois**

**THIRD INTERIM FEE APPLICATION TIMEKEEPER SUMMARY:**
**1/1/2020 THROUGH 12/31/2020**

| TIMEKEEPER | POSITION WITH FIRM, YEARS IN THAT POSITION, YEAR OF OBTAINING RELEVANT LICENSE, AREA OF EXPERTISE | HOURLY BILLING RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Matthew T. Gensburg | Senior-Counsel; Joined the firm on March 24, 2015; Member of the IL Bar; Area of Expertise: Bankruptcy | $385.00 | 6.5 | $2,502.50 |
| Anthony Calandriello | Shareholder; Joined the firm on November 11, 1997; Member of the IL Bar; Area of Expertise: Taxation | $325.00 | 26.3 | $8,546.50 |
| E. Philip Groben | Associate; Joined the firm on December 11, 2015; Member of the IL Bar; Area of Expertise: Bankruptcy | $310.00 | 69.7 | $21,324.00 |
| Michael Gutting | Associate; Joined the firm on November 7, 2007; Member of the IL Bar; Area of Expertise: Taxation. | $325.00 | 37.7 | $12,252.50 |
| Alexis E. Clinebell | Alexis E. Clinebell: Associate; Joined the firm on November 8, 2018; Member of the IL Bar; Area of Practice: General Litigation, Corporate and Transactional. | $260.00 | 4.3 | $1,127.50 |
| | **TOTALS** | | **144.5** | **$45,753.00** |