# EXHIBIT D

*In re Spybar Management, LLC*
Case No. 19-05128
United States Bankruptcy Court for the Northern District of Illinois

**THIRD INTERIM FEE APPLICATION CATEGORY SUMMARY:**
**1/1/2020 THROUGH 12/31/2020**

| Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 15.0 | $4,592.50 |
| 805 | Claims Analysis/Objections/Resolutions | 11.0 | $3,465.50 |
| 812 | Plan and Disclosure Statement | 30.1 | $9,509.00 |
| 813 | Fee/Employment Applications | 10.1 | $3,014.50 |
| 824 | Preparation/Review Operating Report | 4.1 | $1,301.00 |
| 833 | Court Hearings | 5.1 | $1,526.50 |
| 835 | Leases and Executory Contracts | 2.8 | $878.50 |
| 847 | Tax Matters | 66.3 | $21,465.50 |
| | **TOTALS** | **144.5** | **$45,753.00** |