# EXHIBIT E

*In re Spybar Management, LLC*
Case No. 19-05128
United States Bankruptcy Court for the Northern District of Illinois

**THIRD INTERIM FEE APPLICATION ITEMIZED LIST OF EXPENSES:**
**1/1/2020 THROUGH 12/31/2020**

| Date | Description | Amount |
|---|---|---|
| 1/31/2020 | Document Reproduction | $8.40 |
| 2/29/2020 | Postage | $41.00 |
|  | Document Reproduction | $22.40 |
| 3/26/2020 | Court Costs Online Court call | $70.00 |
| 3/31/2020 | Document Reproduction | $45.00 |
|  | Postage | $69.50 |
| 4/30/2020 | Postage | $24.85 |
| 5/14/2020 | Online Hearing Cost | $70.00 |
| 5/31/2020 | Postage | $105.90 |
|  | Document Reproduction | $18.20 |
| 6/11/2020 | Online Hearing Cost | $70.00 |
| 7/31/2020 | Postage | $13.80 |
|  | **TOTAL:** | **$559.05** |