IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on October 28, 2021 at 10:30am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, or any other Judge who may be sitting in her place and stead, and shall then and there present the Fourth Interim and Final Fee Application of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor for the Time Period from January 1, 2021 through and including October 28, 2021, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,

Spybar Management LLC,
    Debtor herein.

By:    /s/ E. Philip Groben

One of its Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242

## **CERTIFICATE OF SERVICE**

STATE OF ILLINOIS      )
                       )    SS
COUNTY OF COOK         )

     E. PHILIP GROBEN, being first duly sworn on oath, deposes and stated that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto on the persons named below, by either service through CM/ECF, or as otherwise indicated, on October 7, 2021.

BY: <u>/s/ E. Philip Groben</u>

Patrick S. Layng – Service via CM/ECF
Paulina Garga-Chmiel – Service via CM/ECF
Robert Lynch, III – Service via CM/ECF
David DeCelles – Service via CM/ECF
Spybar Management, LLC – Service via US Post to 303 Erie St., Ste. 220, Chicago, IL 60654

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**FOURTRH INTERIM AND FINAL FEE APPLICATION OF GENSBURG CALANDRIELLO & KANTER, P.C. AS COUNSEL TO THE DEBTOR FOR THE TIME PERIOD FROM JANUARY 1, 2021, THROUGH AND INCLUDING OCTOBER 28, 2021**

Gensburg Calandriello & Kanter, P.C. ("**Gensburg Calandriello**"), counsel to the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**"), submits its Fourth Interim Application (the "**Application**") for allowance of fees for professional services rendered and reimbursement of expenses incurred for the period from January 1, 2021 through and including October 28, 2021 (the "**Fourth Interim Period**"), pursuant to 11 U.S.C. §§ 330 and 331 the Bankruptcy Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Bankruptcy Rules 2016-1 and 5082-1, and this Court's General Orders.

By this Application, Gensburg Calandriello seeks allowance of $27,893.00 for services rendered and actual, necessary expenses in the amount of $49.12 for a total allowance of $27,942.12 for the Fourth Interim Period. Gensburg Calandriello has submitted its fee statements covering the Fourth Interim Period.

Gensburg Calandriello also seeks final approval and allowance of compensation in the amount of $172,850.00 and actual, necessary expenses in the amount of $2,621.86 for a total final allowance of $175,471.86 (the "**Final Request Amount**").

In support of this Application, Gensburg Calandriello respectfully represents as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief sought herein are sections 105, 330 and 331 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

## BACKGROUND

3. On February 27, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

4. On March 14, 2019, Gensburg Calandriello filed the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor *Nunc Pro Tunc* as of the Petition Date [Docket No. 27].

5. On March 21, 2019, an Order Authorizing the Retention and Employment of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor Retroactive to the Petition Date was entered and a copy of such Order is attached hereto as **Exhibit A** [Docket No.42].

6. On July 25, 2019, Gensburg Calandriello & Kanter, P.C. filed its First Interim Application for Compensation ("**First Interim Application**") seeking an award of attorneys' fees in the amount of $67,933.50 and expenses of $1,285.00. [Docket No. 66]. This Court granted the First Interim Application on August 21, 2019, in the amount of $67,933.50 and expenses of $1,285.00. [Docket No. 72]

7. On February 13, 2020, Gensburg Calandriello & Kanter, P.C. filed its Second Interim Application for Compensation ("**Second Interim Application**") seeking an award of attorneys' fees in the amount of $34,270.50 and expenses of $638.24. [Docket No. 119]. This Court granted the Second Interim Application on March 5, 2020, in the amount of $34,270.50 and expenses of $638.24. [Docket No. 121]

8. On February 13, 2020, Gensburg Calandriello & Kanter, P.C. filed its Second Interim Application for Compensation ("**Second Interim Application**") seeking an award of attorneys' fees in the amount of $34,270.50 and expenses of $638.24. [Docket No. 119]. This Court granted the Second Interim Application on March 5, 2020, in the amount of $34,270.50 and expenses of $638.24. [Docket No. 121]

9. On February 4, 2021, Gensburg Calandriello & Kanter, P.C. filed its Third Interim Application for Compensation ("**Third Interim Application**") seeking an award of attorneys' fees in the amount of $45,753.00 and expenses of $559.05. [Docket No. 160]. This Court granted the Third Interim Application on February 25, 2021, and awarded fees in the amount of $42,753.00 and expenses of $559.00. [Docket No. 165]

10. As of the date of this Fourth Interim Application, Gensburg Calandriello has received post-petition funds from the Debtor totaling $104,387.05.

## II. FOURTH INTERIM AND FINAL FEE APPLICATION

11. This is Gensburg Calandriello's Fourth Interim Application for Compensation and reimbursement of expenses. The Fourth Interim Period covers the time period beginning January 1, 2021, and ending October 28, 2021. Gensburg Calandriello's fee statement for the time period from January 1, 2021, and ending October 28, 2021, sorted by category of work performed, is attached hereto as **Exhibit B**.

12. During the Fourth Interim Period, a total of 93.80 hours were incurred by Gensburg Calandriello timekeepers, with the fees totaling $27,893.00 at a blended rate of $296.79 per hour. The request made by Gensburg Calandriello includes a voluntary reduction in compensation through certain time entries, some of which are noted as 'no charge' on Gensburg Calandriello's fee statement, in the amount of 8.6 hours. Gensburg Calandriello believes that the requested fees are reasonable and fair in light of the complexity of this Case. Pursuant to Local Rule 5082-1, a summary of the fees incurred during the Fourth Interim Period are organized (i) by timekeeper and (ii) by task code and are attached hereto as **Exhibit C** and **Exhibit D,** which are incorporated herein by reference.

13. By this Application, Gensburg Calandriello is also seeking final allowance of compensation in the amount of $172,850.00 for 568.30 hours of professional services rendered between the Petition Date and October 28, 2021 (the "**Final Application Period**"). In addition, Gensburg Calandriello is seeking final allowance of expenses incurred in the amount of $2,531.86 during the Final Application Period.

**Summary Of Fees Incurred/Services Rendered**

14. The services performed during this Fourth Interim Period generally include the following categories:

    A. **Case Administration (804)**

Services in this category includes time spent sending and receiving written correspondence, and participating in telephone calls, with the parties in interest to the bankruptcy proceeding including the Debtor, representatives of the Office of the United States Trustee, the Illinois Department of Revenue, and Byline Bank. Matters discussed with those parties included Debtor

operations and expectations with respect to receipt of grant funds. Time in this category also included the drafting the Debtor's Motion for Final Decree and to Close Case.

Gensburg Calandriello is requesting an award for 16.40 hours with a value of $5,505.00 for its services in this category during the Fourth Interim Period.

### B.     Plan and Disclosure Statement (812)

Services in this category include time spent (i) preparing a motion to modify the confirmed Chapter 11 Plan of reorganization; (ii) email correspondence and telephone calls with counsel for the Internal Revenue Service, Illinois Department of Revenue, and representatives of the Office of the United States Trustee regarding the motion to modify plan; (iii) review of Byline Bank's proposed loan modification documents and email correspondence with Debtor regarding same.

Gensburg Calandriello is requesting an award for 6.30 hours with a value of $2,110.50 for its services in this category during the Fourth Interim Period.

### C.     Fee/Employment Applications (813)

Services in this category include time (i) preparing, reviewing, revising, and filing the Third Interim Application for Compensation; (ii) communicating with the Debtor and third parties including the United States Trustee regarding the Third Interim Application; and (iii) preparing, reviewing, revising, and filing the Fourth Interim and Final Application for Compensation.

Gensburg Calandriello is requesting an award for 41.30 hours with a value of $10,529.00 for its services in this category during the Fourth Interim Period. which incorporates a voluntary reduction of the requested award by 8.60 hours with a value of $2,490.50.

### D.     Preparation/Review of Operating Reports (824)

Services in this category include time spent (i) reviewing and filing quarterly reports; (ii) communication with the debtor regarding its quarterly reports; and (iii) email correspondence with

5

the Office of the United States Trustee regarding quarterly reports and statutory fees.

Gensburg Calandriello is requesting an award for 1.50 hours with a value of $502.50 for its services in this category during the Fourth Interim Period.

### G. Court Hearings (833)

Services in this category include time spent, where not noted in other categories preparing for and attending the hearings associated or related to (i) matters before the Bankruptcy Court including post confirmation status and presenting motions to modify plan and applications for compensation; and (ii) replevin status in the Circuit Court of Cook County, Illinois.

Gensburg Calandriello is requesting an award for 3.60 hours with a value of $1,206.50 for its services in this category during the Fourth Interim Period.

### E. Leases and Executory Contracts (835)

Services in this category include time spent (i) reviewing the Debtor's lease for 646 N. Franklin St.; (ii) discussing with the Debtor strategies for resolving the arrears which have accrued during the COVID shutdown; and (iii) drafting documents resolving back rent owed by Debtor to Landlord during COVID shutdown.

Gensburg Calandriello expended 13.10 hours with a value of $4,256.00 for its services in this category during the Fourth Interim Period.

### F. Tax Matters (845)

Services in this category include, (i) correspondence with Debtor with respect to the status of Debtor's outstanding tax returns, (ii) phone calls with the Debtor and Illinois Dept. of Revenue with respect to the state of Skyline Management's payment plan; (iii) review of form EG-13-B and

discussions with Debtor regarding same; and (iv) correspondence with the Debtor and Illinois Dept. of Revenue to discuss correspondence including notifications of intent to levy.

Gensburg Calandriello is requesting an award for 11.60 hours with a value of $3,784.00 for its services in this category during the Fourth Interim Period.

## SUMMARY OF EXPENSES

15. During the Fourth Interim Period, Gensburg Calandriello incurred or disbursed actual and necessary costs and expenses related to this Case. Therefore, Gensburg Calandriello is also applying for reimbursement of expenses incurred during the Fourth Interim Period, which total $49.12. These expenses are itemized and attached hereto as **Exhibit E** and consist of postage charges, facsimile transmission charges, and photocopying charges.

### III.    SUMMARY AND CONCLUSION

16. During the Fourth Interim Period, Gensburg Calandriello expended a total of 93.80 hours rendering professional services to the Debtor. Based upon the total number of hours spent in connection with Gensburg Calandriello's representation of the Debtor, the amount of fees incurred during the Fourth Interim Period is $27,893.00. Gensburg Calandriello's requested award incorporates a voluntary reduction of the requested award by 8.6 hours with a value of $2,490.50.

17. Gensburg Calandriello requests approval and payment of 100% of these professional fees incurred during the Fourth Interim Period.

18. As counsel to the Debtor, Gensburg Calandriello incurred a total of $49.12 in out-of-pocket expenses during the Fourth Interim Period. Gensburg Calandriello requests approval and payment of 100% of the actual and necessary expenses incurred during the Fourth Interim Period.

19. Gensburg Calandriello diligently represented the Debtor during this Case. Based upon the circumstances, the fair value of the professional services rendered by Gensburg Calandriello to the Debtor, the skill required, the nature of services rendered, and the results obtained, the fees charged by Gensburg Calandriello for its services are reasonable.

20. All services for which Gensburg Calandriello requests compensation were performed for and on behalf of the Debtor, and not on behalf of any other entity.

21. No agreement or understanding exists between Gensburg Calandriello or any other person for sharing compensation that has been or will be received, except such sharing as is customary and generally accepted among lawyers within a law firm.

22. No agreement or understanding, expressed or implied, has been or will be entered into for the purpose of fixing the fees or other compensation to be paid to any other attorney for any party in interest, to any other party in interest, or to any person for services rendered in connection with this Case.

### IV.  NOTICE

23. Notice of this Motion has been provided to the Debtor's secured creditor, the Illinois Department of Revenue, the Internal Revenue Service, the Office of the United States Trustee, and any other parties who have requested notice in this proceeding.

24. A Notice of Hearing has been provided to all parties in interest pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (c)(2).

WHEREFORE, Gensburg Calandriello respectfully requests that this Court enter an Order:

    (i)    allowing compensation, on an interim basis, in the amount of $27,893.00;

    (ii)    allowing expenses, on an interim basis, in the amount of $49.12;

(iii) Allowing compensation incurred during the Final Application Period, on a final basis, in the amount of $172,850.00;

(iv) Allowing expenses incurred during the Final Application Period, on a final basis, in the amount of $2,531.86;

(v) Allowing Gensburg Calandriello & Kanter, P.C. a Chapter 11 administrative expense claim against the Debtor's estate in the amount of $70,994.81; and

(iv) authorizing Gensburg Calandriello & Kanter, P.C. to apply any unused portion of a prepetition retainer to the allowed compensation and expenses; and

(vi) granting such other and further relief deemed appropriate under the circumstances.

    Respectfully Submitted,

    GENSBURG CALANDRIELLO & KANTER, P.C.,

    *Counsel to the Debtor and Debtor-in Possession.*

    By:   /s/ E. Philip Groben
           E. Philip Groben

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242

9