**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                             )
                                                  )
                                                  )          Bankruptcy No. _____
                                                  )
                            Debtor.   )          Chapter              _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:        Interim Application _____              Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date  | Period  | Total Requested  | Total Allowed  | Fees & Expenses |
| Filed | Covered | (Fees & Expenses) | (Fees & Expenses) | Previously Paid |
|---|---|---|---|---|

Dated:  _____            _____
                                                                                    (Counsel)