# Exhibit B

| Date | User | Rate ($) | Hours | Billable ($) | Task Category | Description |
|---|---|---|---|---|---|---|
| 2/8/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 804 | Responsive email from UST and email to Michael Roche regarding same. |
| 2/23/2021 | MTG | $ 425.00 | 0.20 | $ 85.00 | 804 | Review and respond to e-mails regarding Byline Bank's push for Spybar Management to reopen from Phil Groben. (x3) |
| 2/26/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 804 | Email to Garrett Belschner, D.Gardiakos, and Michael Roche regarding fee award and next steps. |
| 3/8/2021 | EPG | $ 335.00 | 0.80 | $ 268.00 | 804 | Discussion with M.Gensbrug regarding reopening and email to client regarding upcoming post confirmation status and other matters. |
| 3/9/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 804 | Phone call with IDOR to discuss upcoming post-confirmation status and continued state of non-operations. |
| 3/10/2021 | EPG | $ 335.00 | 1.30 | $ 435.50 | 804 | Preparation for and conference call with Michael Roche and Garrett Belschner to discuss operations and post confirmation status. |
| 3/12/2021 | EPG | $ 335.00 | 0.70 | $ 234.50 | 804 | Preparation for and phone call with Byline Bank to discuss upcoming post confirmation status.  Email to client with update. |
| 3/16/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 804 | Email from UST regarding upcoming post confirmation status and responded thereto. |
| 4/7/2021 | EPG | $ 335.00 | 1.70 | $ 569.50 | 804 | Review of SBA/SVOG grant application information.  Phone call with Michael Roche to discuss same and possible hold on liquor license renewal. |
| 4/8/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 804 | Brief email exchanges with IDOR and Michael Roche regarding liquor license hold. Email exchanges and phone calls with Spybar and Matthew Gensburg to discuss SVOG application questions and responses thereto. |
| 4/23/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 804 | Email from Michael Roche with updated SVOG documents; review of same; and responded to email. |
| 5/10/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 804 | Email to client with inquiry on SVOG grant and review of quarterly statement. |
| 5/12/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 804 | Email to Byline Bank regarding use of grant funds. |
| 5/19/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 804 | Email correspondence with Garrett Belschner and Michael Roche regarding SVOG application and D.Gardiakos.  Email with Tony Calandriello and setup conference call to discuss same. |
| 5/19/2021 | TC | $ 325.00 | 0.20 | $ 65.00 | 804 | Correspond with Phil Groben re: SVOG Grant, bankruptcy and opening matters. |
| 5/20/2021 | TC | $ 325.00 | 0.50 | $ 162.50 | 804 | Participate in status call with Garrett Belschner, Michael Roche and Phil Groben re: grant, re-opening and logistical plans. |
| 7/1/2021 | EPG | $ 335.00 | 1.00 | $ 335.00 | 804 | Phone call with Michael Roche with update on SVOG grant proceeds, corporate governance, resuming operations, and other matters.  Email to group with update. |
| 9/15/2021 | EPG | $ 335.00 | 3.00 | $ 1,005.00 | 804 | Review of disclosure statement and finished drafting motion for final decree and to close case. |
| 9/15/2021 | EPG | $ 335.00 | 1.50 | $ 502.50 | 804 | Review of disclosure statement and continued drafting motion for final decree and to close case. |
| 9/20/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 804 | Review of paperwork provided by debtor and responded to email. |
| 9/28/2021 | EPG | $ 335.00 | 1.30 | $ 435.50 | 804 | Finalized Motion for Final Decree; notice of hearing; and proposed order. Email to client with draft motion for review. |
| 10/7/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 804 | Preparation of documetns for filing Motion for Final Decree and filed Motion for Final Decree. |
| 2/23/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 812 | Email from Matthew Gensburg regarding plan treatment, review of plan to confirm disbursement mechanics, responded to email. |
| 3/22/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 812 | Drafted motion to modify plan and proposed order. |
| 3/23/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 812 | Final review of motion and proposed order and filed same.  Email to client with update.  Email to client with update. |
| 3/24/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 812 | Received email from IRS counsel regarding effect of plan modification and responded thereto. Phone call with IDoR counsel regarding proposed plan modification. |
| 3/26/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 812 | Phone call with UST regarding proposed plan modification.  Review of code sections 507(a)(8) and 1129(a)(9). |
| 3/31/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 812 | Email exchange with IDoR regarding no objection to motion to modify plan. |
| 8/17/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 812 | Phone call with Michael Roche to discuss GCK payment and plan mechanics. |
| 8/31/2021 | EPG | $ 335.00 | 0.80 | $ 268.00 | 812 | Received email from Byline Bank with proposed amendment to loan docs; review of same; email correspondence with client and Byline regarding application of payments made and other issues. |
| 9/15/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 812 | Email to client regarding Byline Bank loan modification paperwork. |
| 9/15/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 812 | Email to client regarding Byline Bank loan mod. |
| 9/16/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 812 | Email to client confirming class payments. |
| 9/24/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 812 | Email to Michael Roche requesting update on final decree information and Byline Bank modification documents.  Discussion with Tony Calandriello regarding open issues.  Responded to Byline email. |
| 9/27/2021 | EPG | $ 335.00 | 0.70 | $ 234.50 | 812 | Email to Michael Roche regarding plan terms and class treatment. |
| 9/28/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 812 | Email correspondence with Byline bank and client regarding signed modification agreement |
| 9/28/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 812 | Email with client regarding payment of US Bank claim. |
| 1/19/2021 | AEC | $ 280.00 | 0.50 | $ 140.00 | 813 | Teams meeting with Phil Groben to discuss third interim fee application. Review file to determine period of last two fee applications and documents needed for fee application. Request pre-bills for January 1, 2020 – December 31, 2020 to begin working on Third Interim Fee Application. |
| 1/19/2021 | AEC | $ - | 0.50 | $ - | 813 | Teams meeting with Phil Groben to discuss third interim fee application. Review file to determine period of last two fee applications and documents needed for fee application. Request pre-bills for January 1, 2020 – December 31, 2020 to begin working on Third Interim Fee Application. |
| 1/20/2021 | AEC | $ 280.00 | 0.70 | $ 196.00 | 813 | Begin reviewing pre-bills in connection with the Third Interim Fee Application. |
| 1/20/2021 | AEC | $ - | 0.30 | $ - | 813 | Begin reviewing pre-bills in connection with the Third Interim Fee Application. |

| Date | Atty | Rate | Hours | Amount | Code | Description |
|---|---|---|---|---|---|---|
| 1/21/2021 | AEC | $ 280.00 | 2.00 | $ 560.00 | 813 | Finish reviewing pre-bills in connection with the Third Interim Fee Application and send to Cheryl to revisions. Review pre-bills for Dec. 2020. Begin working on Fee App. documents. |
| 1/21/2021 | AEC | $ - | 1.70 | $ - | 813 | Finish reviewing pre-bills in connection with the Third Interim Fee Application and send to Cheryl to revisions. Review pre-bills for Dec. 2020. Begin working on Fee App. documents. |
| 1/22/2021 | AEC | $ - | 1.00 | $ - | 813 | Finish drafting third interim fee application related documents and start going through specific codes and adding details of what work was done in each section. Communicate with Cheryl Wizniuk regarding timeslips and communicate with Phil Groben regarding the status of the application. |
| 1/22/2021 | AEC | $ 280.00 | 1.00 | $ 280.00 | 813 | Finish drafting third interim fee application related documents and start going through specific codes and adding details of what work was done in each section. Communicate with Cheryl Wizniuk regarding timeslips and communicate with Phil Groben regarding the status of the application. |
| 1/22/2021 | AEC | $ - | 0.50 | $ - | 813 | Finish drafting third interim fee application related documents and start going through specific codes and adding details of what work was done in each section. Communicate with Cheryl Wizniuk regarding timeslips and communicate with Phil Groben regarding the status of the application. |
| 1/27/2021 | AEC | $ 280.00 | 0.20 | $ 56.00 | 813 | Check in with Cheryl Wizniuk re status of amended timeslips in connection with preparing 3rd interim fee application. |
| 1/28/2021 | AEC | $ 280.00 | 2.00 | $ 560.00 | 813 | Review revised timeslips and calculate total for each section and overall total. Edit Third Interim Fee Application to add details of what work was done for each section (from timeslips). Update exhibits with section totals and overall totals. Begin calculating the totals time and fees for each attorney on timeslips to add to Exhibit. |
| 1/28/2021 | AEC | $ - | 1.80 | $ - | 813 | Review revised timeslips and calculate total for each section and overall total. Edit Third Interim Fee Application to add details of what work was done for each section (from timeslips). Update exhibits with section totals and overall totals. Begin calculating the totals time and fees for each attorney on timeslips to add to Exhibit. |
| 1/29/2021 | AEC | $ 280.00 | 2.50 | $ 700.00 | 813 | Review revised timeslips and calculate totals for each category, each attorney, and amount of no charge. Add revised hours/fees to Third Interim Fee Application and exhibits / related documents, update description of work done in each section. Send to Phil Groben for review. |
| 1/29/2021 | AEC | $ - | 0.70 | $ - | 813 | Review revised timeslips and calculate totals for each category, each attorney, and amount of no charge. Add revised hours/fees to Third Interim Fee Application and exhibits / related documents, update description of work done in each section. Send to Phil Groben for review. |
| 1/29/2021 | EPG | $ 335.00 | 2.20 | $ 737.00 | 813 | Review and amendment to Exhibit B and other fee application materials provided by Alexis Clinebell. |
| 1/29/2021 | EPG | $ - | 0.70 | $ - | 813 | Review and amendment to Exhibit B and other fee application materials provided by Alexis Clinebell. |
| 2/2/2021 | AEC | $ 280.00 | 0.20 | $ 56.00 | 813 | Finalize Exhibit C to Third Interim Fee Application. Send to Phil Groben. |
| 2/2/2021 | EPG | $ 335.00 | 1.70 | $ 569.50 | 813 | Final review of third interim fee application and email to Matthew Gensburg regarding same. |
| 2/2/2021 | MTG | $ 425.00 | 0.80 | $ 340.00 | 813 | Review and edit Third Interim Fee Application of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtor for the Time Period From January 1, 2020 Through and Including December 31, 2020; review e-mails regarding the same from Phil Groben. |
| 2/3/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 813 | Email to B. Cervantes with creditor matrix. |
| 2/4/2021 | AEC | $ - | 0.60 | $ - | 813 | Review timeslips and total calculations for final time and edit third interim fee app docs with updated amount. Send to Phil to file and update electronic file so only most recent versions reflect exhibit numbers. |
| 2/4/2021 | AEC | $ 280.00 | 0.60 | $ 168.00 | 813 | Review timeslips and total calculations for final time and edit third interim fee app docs with updated amount. Send to Phil to file and update electronic file so only most recent versions reflect exhibit numbers. |
| 2/4/2021 | EPG | $ 335.00 | 2.00 | $ 670.00 | 813 | Review of fee application and amendments per Matthew Gensburg; email with A. Clienbell regarding discrepancies between Ex. B and application. Final preparation of application and documents for filing. |
| 2/5/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 813 | Email to management group with copy of third interim request for fees. |
| 2/22/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 813 | Phone call with UST regarding application for compensation and phone call with M.Gensbrug to discuss same.  Follow-up call with UST and prepared amended order in line with discussions. |
| 2/22/2021 | MTG | $ 425.00 | 0.20 | $ 85.00 | 813 | Participate in a telephone call with Phil Groben regarding the United States Trustee's request that we reduce fees by $3,000. |
| 2/23/2021 | EPG | $ 335.00 | 1.20 | $ 402.00 | 813 | Email from Byline Bank regarding fee application concerns and responded thereto. Phone call with Byline to discuss application and general operational strategies. Email to Matthew Gensburg and Tony Calandriello regarding same.  Final review of amended proposed order and email to UST.   Phone call with UST to discuss Byline objection and resolution to fee dispute. |
| 2/24/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 813 | Email from chambers regarding fee application; phone call with UST and VM left with Byline Bank; responded to email; uploaded amended order per instructions. |
| 2/24/2021 | MTG | $ 425.00 | 0.20 | $ 85.00 | 813 | Participate in a telephone call with Phil Groben regarding Gensburg Calandriello & Kanter, P.C.'s fee application; review e-mails regarding the same from Phil Groben, C.Patterson and P.Garga-Chmiel. |
| 8/2/2021 | EPG | $ 335.00 | 0.70 | $ 234.50 | 813 | Emails to client regarding applications for compensation and plan obligations. |
| 8/27/2021 | EPG | $ 335.00 | 3.50 | $ 1,172.50 | 813 | Review of time entries in preparation of Fourth and Final Application for Compensation. |

| Date | Atty | Rate | Hours | Amount | Code | Description |
|---|---|---|---|---|---|---|
| 9/15/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 813 | Review of time entries and email correspondence with Cheryl Wizniuk and Tony Calandriello regarding same. |
| 9/15/2021 | EPG | $ - | 0.30 | $ - | 813 | Review of time entries and email correspondence with Cheryl Wizniuk and Tony Calandriello regarding same. |
| 9/16/2021 | EPG | $ 335.00 | 2.20 | $ 737.00 | 813 | Email correspondence with firm personnel regarding time entries and other matters.  Updated exhibits to fourth application for compensation.   Prepared Fourth and final application for compensation |
| 9/16/2021 | EPG | $ - | 0.50 | $ - | 813 | Email correspondence with firm personnel regarding time entries and other matters.  Updated exhibits to fourth application for compensation.   Prepared Fourth and final application for compensation |
| 9/28/2021 | EPG | $ 335.00 | 0.80 | $ 268.00 | 813 | Review of timeslips for fourth interim and final application for compensation and amendments to fourth interim and final application for compensation. |
| 9/28/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 813 | Review of timeslips for fourth interim and final application for compensation and amendments to fourth interim and final application for compensation. |
| 10/6/2021 | EPG | $ 335.00 | 1.50 | $ 502.50 | 813 | Final review of time entries for forth interim and final application. |
| 10/6/2021 | EPG | $ 335.00 | 1.50 | $ 502.50 | 813 | Final review of time entries for forth interim and final application. |
| 10/7/2021 | EPG | $ 335.00 | 2.10 | $ 703.50 | 813 | Preparation of documetns for filing Fourth and Final Applciation for Compensation and filed Fourth and Final Application for Compensation. |
| 2/5/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 824 | Email from Michael Roche with Q4 report, reviewed same, and filed same; review of filed documents and email to UST requesting confirmation of fees owed. |
| 2/12/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 824 | Email to UST confirming payment of quarterly fees. |
| 2/26/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 824 | Email correspondence with UST and Michael Roche regarding payment of quarterly fees. |
| 5/11/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 824 | Email to Michael Roche re: SVOG and filed Q1 UST fee statement. |
| 8/16/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 824 | Email to UST re: quarterly fees. |
| 9/30/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 824 | Email to UST regarding quarterly fees |
| 10/6/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 824 | Phone call with UST regarding quarterly fees and email to client regarding same. |
| 1/14/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 833 | Monitored communication between Byline Bank and Replevin Court including review of order continuing case mgmt. conference; email to chambers with indication of no objection to order. |
| 2/25/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 833 | Final preparation for hearing on Third Interim Application for Compensation and court appearance on same.  Email to Tony Calandriello and Matthew Gensburg with update. |
| 3/18/2021 | EPG | $ 335.00 | 0.80 | $ 268.00 | 833 | Preparation for appearance on post-confirmation status and appearance. |
| 4/1/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 833 | Checked court calendar prior to hearing and motion granted off-call.  Calendared continued post confirmation status.  Email to client with update. |
| 4/29/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 833 | Preparation for replevin status; court appearance on same; monitored email correspondence regarding form orders. |
| 8/5/2021 | EPG | $ 335.00 | 0.70 | $ 234.50 | 833 | Preparation for case status; appearance on post-confirmation status; email correspondence with IDOR on 2020 tax obligation; email to client with update. |
| 9/30/2021 | EPG | $ 335.00 | 0.50 | $ 167.50 | 833 | Prepare for and attend post confirmation status. |
| 1/22/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 835 | Email correspondence regarding landlord communication and set up conference call to discuss. |
| 1/22/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 835 | Email exchange with management group regarding landlord communication; phone call with Matthew Gensburg regarding same. |
| 1/22/2021 | MTG | $ 425.00 | 0.50 | $ 212.50 | 835 | Review e-mails regarding lease negotiations from Michael Roche (x3) and Phil Groben (x3) and Garrett Belschner; review Ninth Amendment to Lease Agreement. |
| 1/23/2021 | EPG | $ 335.00 | 1.20 | $ 402.00 | 835 | Review of lease and lease amendments and preparation for and conference call with Matthew Gensburg, Garrett Belschner, and Michael Roche to discuss future negotiations with landlord. |
| 1/23/2021 | MTG | $ 425.00 | 0.70 | $ 297.50 | 835 | Participate in conference call with Michael Roche, Garrett Belschner and Phil Groben regarding negotiations with the landlord. |
| 1/26/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 835 | Email correspondence with management group following their discussion with landlord. |
| 1/26/2021 | MTG | $ 425.00 | 0.10 | $ 42.50 | 835 | Review e-mails regarding the status of landlord negotiations from Phil Groben, Garrett Belschner and Michael Roche. |
| 1/26/2021 | TC | $ 325.00 | 0.50 | $ 162.50 | 835 | Review e-mail memos re: landlord tenant negotiations; correspond with Phil Groben. |
| 3/25/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 835 | Responded to client email with update on landlord and taxes. |
| 8/20/2021 | TC | $ 325.00 | 0.20 | $ 65.00 | 835 | Review Michael Roche's email memo re: landlord's response. |
| 8/26/2021 | TC | $ 325.00 | 0.50 | $ 162.50 | 835 | Correspond with Phil Groben re: landlord settlement with client in connection with back rent. |
| 8/27/2021 | TC | $ 325.00 | 1.00 | $ 325.00 | 835 | Work on Settlement Agreement matters; review old Lease Agreement; correspond with Michael Roche re: same. |
| 8/30/2021 | AEC | $ 280.00 | 1.70 | $ 476.00 | 835 | Review most recent amendment to the Lease for legal names of landlord and tenant. Draft a Settlement and Mutual Release in connection with lump sum payment for back rent. Send to Tony for review. |
| 8/30/2021 | EPG | $ 335.00 | 0.20 | $ 67.00 | 835 | Conversation with Alexis Clinebell regarding lease amendments and email to same with proposed 9th amendment. |
| 8/30/2021 | TC | $ 325.00 | 1.00 | $ 325.00 | 835 | Telephone call with Alexis re: Settlement Agreement with landlord; discuss to do list; review Lease Agreement. |
| 9/1/2021 | AEC | $ 280.00 | 0.50 | $ 140.00 | 835 | Update Settlement Agreement with Tony Calandriello's changes and send revised Agreement for review and finalization upon receipt of total past due rent and other things Landlord has promised to do, from Michael Roche. |

| Date | Initials | Rate | Hours | Amount | Code | Description |
|---|---|---|---|---|---|---|
| 9/1/2021 | TC | $ 325.00 | 1.00 | $ 325.00 | 835 | Work on Settlement Agreement matters. Review/revise Alexis' draft of Settlement Agreement. Draft memo to Alexis Clinebell and telephone call re: draft revisions. Draft memo to Michael Roche re: clarification. |
| 9/2/2021 | AEC | $ 280.00 | 0.50 | $ 140.00 | 835 | Update Settlement Agreement and Mutual Release with specific amounts of back rent being paid and considerations being provided by Landlord as part of Settlement. |
| 9/2/2021 | TC | $ 325.00 | 0.50 | $ 162.50 | 835 | Work on Settlement Agreement matters. Correspond with Alexis re: same. |
| 9/3/2021 | KSR | $ 300.00 | 1.20 | $ 360.00 | 835 | Review emails regarding Settlement Agreement with landlord. Edit Agreement per emails. |
| 9/3/2021 | TC | $ 325.00 | 0.50 | $ 162.50 | 835 | Perfect final review of Settlement Agreement with landlord. Draft memo to client. |
| 9/8/2021 | EPG | $ 335.00 | 0.30 | $ 100.50 | 835 | Review of email correspondence regarding landlord and redemption matters. |
| 9/9/2021 | KSR | $ 300.00 | 0.20 | $ 60.00 | 835 | Edit Settlement Agreement for back rent to remove "Landlord Obligation" paragraph. Send to Michael Roche |
| 1/1/2021 | MG | $ 325.00 | 0.20 | $ 65.00 | 845 | Review recent emails re: Phil Groben discussing getting Skyline's account placed on hold; email Phil Groben re: his conversation with Robert Lynch and getting Skyline's account placed on hold. |
| 1/4/2021 | MG | $ 325.00 | 0.50 | $ 162.50 | 845 | Telephone call with IDOR Collection Officer re: reinstatement of pay plan and account being transferred to the Pay Plan Unit; draft memo to the file re: telephone call with IDOR Collection Officer. |
| 1/6/2021 | MG | $ 325.00 | 1.90 | $ 617.50 | 845 | Lengthy telephone call with IDOR Pay Plan Unit re: pay plan and suspending payments; draft memo to the file re: telephone call with IDOR; email Michael Roche re: telephone call with IDOR. |
| 1/7/2021 | MG | $ 325.00 | 1.00 | $ 325.00 | 845 | Telephone call with IDOR Pay Plan Unit re: placing account on hold; draft memo to the file re: telephone call with IDOR. |
| 1/9/2021 | MG | $ 325.00 | 1.00 | $ 325.00 | 845 | Review file memo re: last conversation with IDOR; review files for most recent version of EG-13-B; email Michael Roche re: my conversation with IDOR and updating EG-13-B. |
| 1/11/2021 | EPG | $ 335.00 | 0.40 | $ 134.00 | 845 | Email from Michael Gutting regarding IDOR form. Reviewed file and responded to email from Tony Calandriello regarding same. |
| 1/11/2021 | TC | $ 325.00 | 0.20 | $ 65.00 | 845 | Review Michael Gutting's memo re: pay plan with IDOR; correspond with Phil Groben re: same and suggested course of action. |
| 1/13/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 845 | Email to Robert Lynch regarding scheduling call to discuss IDOR's claim. |
| 1/19/2021 | MG | $ 325.00 | 0.20 | $ 65.00 | 845 | Review recent emails re: Phil Groben discussing getting Skyline's account placed on hold; email Phil Groben re: his conversation with Robert Lynch and getting Skyline's account placed on hold. |
| 1/20/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 845 | Email communication with Robert Lynch and arrangements for conference call to discuss IDOR correspondence. |
| 1/21/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 845 | Reset dial-in and email to participants regarding same. |
| 1/21/2021 | EPG | $ 335.00 | 0.60 | $ 201.00 | 845 | Preparation for conference call with Robert Lynch and Michael Gutting regarding Skyline payment plan. |
| 1/21/2021 | MG | $ 325.00 | 1.00 | $ 325.00 | 845 | Review file memos re: prior conversations with IDOR Collections and IDOR Pay Plan Unit; conference call with Phil Groben and Illinois Special Assistant Attorney General Robert Lynch re: having IDOR hold off on collection against Skyline Management Co.; review email from Bob Lynch; tried calling IDOR Pay Plan Unit to confirm that account has been transferred to Bankruptcy Unit. |
| 1/22/2021 | MG | $ 325.00 | 1.90 | $ 617.50 | 845 | Draft memo to the file re: yesterday's conference call with Illinois Special Assistant Attorney General Robert Lynch; telephone call with IDOR Pay Plan Unit to confirm that Skyline's account has been transferred to the Bankruptcy Unit and that there will be no collection action; draft memo to the file re: telephone call with the Pay Plan Unit; email Skyline team re: Skyline's account being transferred to IDOR's Bankruptcy Unit; email Tony Calandriello re: Robert Lynch's email and my file memos. |
| 2/5/2021 | EPG | $ 335.00 | 0.10 | $ 33.50 | 845 | Email from Michael Roche with purported correspondence from IDOR, review of correspondence, responded thereto, and email to Michael Gutting regrading same. |
| 2/5/2021 | MG | $ 325.00 | 1.10 | $ 357.50 | 845 | Review email from Michael Roche re: IDOR lien and/or levy; review file for recent IDOR notices and liens; review solicitation/notice from Michael Roche; search IDOR lien registry for liens for Skyline Management, Spy Bar, and Dino; respond to Michael Roche's email re: solicitation/notice and tax liens. |
| 2/5/2021 | TC | $ 325.00 | 0.20 | $ 65.00 | 845 | Review Michael Gutting's memo re: state tax client; review Phil Groben's memo re: fee application. |
| 3/23/2021 | TC | $ 325.00 | 0.70 | $ 227.50 | 845 | Work on transmittal letter to Garrett re: IL Secretary of State Notice of Dissolution and to do matters. |
| 3/25/2021 | TC | $ 325.00 | 0.20 | $ 65.00 | 845 | Review Michael Roche's memo re: status of tax returns; draft response memo. |
| 7/13/2021 | MG | $ 325.00 | 0.10 | $ 32.50 | 845 | Review letter to Garrett Belschner from Tax Processing Unit; email Phil Groben re: same. |
| | | | 93.80 | $ 27,893.00 | | |