# EXHIBIT C

*In re Spybar Management, LLC*
Case No. 19-05128
United States Bankruptcy Court for the Northern District of Illinois

**FOURTH INTERIM AND FINAL FEE APPLICATION TIMEKEEPER SUMMARY:
1/1/2021 THROUGH 10/28/2021**

| TIMEKEEPER | POSITION WITH FIRM, YEARS IN THAT POSITION, YEAR OF OBTAINING RELEVANT LICENSE, AREA OF EXPERTISE | HOURLY BILLING RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Matthew T. Gensburg | Senior-Counsel; Joined the firm on March 24, 2015; Member of the IL Bar; Area of Expertise: Bankruptcy | $425.00 $0.00 | 2.7 0.0 | $1,147.50 $0.00 |
| Anthony Calandriello | Shareholder; Joined the firm on November 11, 1997; Member of the IL Bar; Area of Expertise: Taxation | $325.00 $0.00 | 7.2 0.0 | $8,546.50 $0.00 |
| E. Philip Groben | Associate; Joined the firm on December 11, 2015; Member of the IL Bar; Area of Expertise: Bankruptcy | $335.00 $0.00 | 52.60 1.5 | $17,621.00 $0.00 |
| Michael Gutting | Associate; Joined the firm on November 7, 2007; Member of the IL Bar; Area of Expertise: Taxation. | $325.00 $0.00 | 8.9 0.0 | $2,892.50 $0.00 |
| Alexis E. Clinebell | Alexis E. Clinebell: Associate; Joined the firm on November 8, 2018; Member of the IL Bar; Area of Practice: General Litigation, Corporate and Transactional. | $280.00 $0.00 | 12.4 7.1 | $3,472.00 $0.00 |
| Katie S. Rinkus | Associate; Joined the firm on March 8, 2021; Member of the IL Bar; Area of Practice: Corporate and Transactional. | $300.00 $0.00 | 1.40 0.0 | $420.00 $0.00 |
| | | **TOTALS** | **93.80** | **$27,893.00** |