# EXHIBIT D

*In re Spybar Management, LLC*
Case No. 19-05128
United States Bankruptcy Court for the Northern District of Illinois

**FOURTH INTERIM AND FINAL FEE APPLICATION TIMEKEEPER SUMMARY:
1/1/2021 THROUGH 10/28/2021**

| CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 804 | Case Administration | 16.40 | $5,505.00 |
| 812 | Plan and Disclosure Statement | 6.30 | $2,110.50 |
| 813 | Fee/Employment Applications | 41.30 | $10,529.00 |
| 824 | Preparation/Review Operating Report | 1.50 | $502.50 |
| 833 | Court Hearings | 3.60 | $1,206.00 |
| 835 | Leases and Executory Contracts | 13.10 | $4,256.00 |
| 845 | Tax Matters | 11.60 | $3,784.00 |
| | **TOTALS** | **93.80** | **$27,692.00** |