# EXHIBIT E

*In re Spybar Management, LLC*
Case No. 19-05128
United States Bankruptcy Court for the Northern District of Illinois

**FOURTH INTERIM FEE APPLICATION ITEMIZED LIST OF EXPENSES:
1/1/2021 THROUGH 10/28/2021**

| | | |
|---|---|---|
| 2/26/2021 | Postage | $49.12 |
| | **TOTAL:** | **$49.12** |