IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC, | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**PLEASE TAKE NOTICE** that on October 28, 2021, at 10:30am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, or any other Judge who may be sitting in her place and stead, and shall then and there present the Debtor's Motion for Entry of a Final Decree and to Close Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Respectfully Submitted,

    Spybar Management LLC,
        Debtor herein.

By:   /s/ E. Philip Groben
      One of its Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone:  312-263-2200
Fax:  312-263-2242

## **CERTIFICATE OF SERVICE**

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

    E. PHILIP GROBEN, being first duly sworn on oath, deposes and stated that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto on the persons named below, by either service through CM/ECF, or as otherwise indicated, on October 7, 2021.

BY: /s/ E. Philip Groben

Patrick S. Layng – Service via CM/ECF
Paulina Garga-Chmiel – Service via CM/ECF
Miriam R. Stein – Service via CM/ECF
Robert Lynch, III – Service via CM/ECF
David DeCelles – Service via CM/ECF
Spybar Management, LLC – Service via US Post to 303 Erie St., Ste. 220, Chicago, IL 60654

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Spybar Management, LLC, | Case No. 19-05128 |
| Debtor. | Hon. Carol A. Doyle |

**MOTION OF SPYBAR MANAGEMENT, LLC FOR ENTRY OF FINAL DECREE AND TO CLOSE CHAPTER 11 CASE**

Spybar Management, LLC, the above-captioned debtor and debtor-in-possession ("**Debtor**"), by and through its counsel, E. Philip Groben and Matthew T. Gensburg, hereby moves the Court (the "**Motion**") pursuant to section 350 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1.  The Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 27, 2019.

2.  On December 17, 2019, this Court entered an order confirming the Debtor's Chapter 11 Plan of Reorganization (the "**Plan**"). This order has become final.

3.  The Effective Date for the Plan was January 1, 2020.

4.  Following confirmation of the Plan, and in response to the shutdowns caused by the global COVID-19 pandemic, the Debtor filed four Motions to Amend Plan (the "**Motions to Modify Plan**"). (Docket Nos. 123, 139, 150, 167). Each of the Motions to Modify Plan sought to defer payments due under the confirmed plan. No parties in interest objected to the Motions to Modify Plan, and the Court granted each of the motion. (Docket Nos. 130, 145, 154, 169). The

3

effect of the Motions to Modify Plan was to defer payments due in March 2020 to July 2021, essentially making July 2021 the third month for disbursements under the Plan.

5. The Plan provides for payment to five classes of claims. As noted below, payments under the plan have been commenced.

6. Class I contains the allowed Claim of Byline Bank. The holders of Allowed Class I claim(s) are entitled to receive payment in full during the term of the Plan, with payments scheduled to be made during plan months 1 through 60. The aggregate dollar amount of the claims within Class I is estimated to be $485,708.95. The Debtor is current with its payments to the holders of Allowed Class I Claims.

7. Class II contains the allowed Unsecured Claims entitled to Priority. The holders of Allowed Class II Claims are entitled to receive payment in full during the term of the Plan, with payments scheduled to be made during plan months 1 through 60. The aggregate dollar amount of the claims within Class II is estimated to be $26,641.23. The Debtor is current with its payments to the holders of Allowed Class II Claims.

8. Class III contains the allowed General Unsecured Claims. The holders of Allowed Class III Claims are entitled to receive payment in full during the term of the Plan, with payments scheduled to be made during plan months 13 through 60. The aggregate dollar amount of the claims within Class III is estimated to be $231,926.78. No payments are yet due to the holders of Allowe Class III Claims and the Debtor has made no disbursements to holders of Class III Claims.

9. Class IV contains the allowed General Unsecured Claims with a value of $1,500.00 or less, or other claims as to which the holder accepted treatment as a Class IV Claim. The holders of Allowed Class IV Claims are entitled to receive payment in full during Plan months 1 through 3. The aggregate dollar amount of the claims within Class IV is estimated to be $13,708.72  The

Debtor has paid all Allowed Class IV Claims in full.

10. Class V contains the allowed unsecured claims held by insiders. The holders of Allowed Class V Claims are entitled to receive subordinated promissory notes for the full value of the Allowed Class V Claim. The aggregate dollar amount of the claims within Class V is estimated to be $285,00.00. The promissory notes received by Class V Claimants are payable only after all Allowed Class I, II, III, and IV Claims are paid. The Debtor has issued subordinated promissory notes to all holders of Allowed Class V Claims.

11. In addition to the foregoing, the Plan provides for the payment of claims entitled to administrative priority under Sections 503(b) and 507(a)(2). The Debtor has made all payments due under the Plan to holders of administrative priority under Sections 503(b) and 507(a)(2).

12. Pursuant to the terms of the Plan, the Debtor continues to operate its business and manage the property governed by the Plan.

WHEREFORE, the Debtor, Spybar Management, LLC, prays this Honorable Court enter a final decree closing the Chapter 11 case, and for such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Spybar Management, LLC,
   Debtor herein.

By: /s/ E. Philip Groben
    One of its Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242