UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.:  19-05128 |
| Spybar Management, LLC, | ) |
| | ) Chapter:  11 |
| | ) |
| | ) Honorable Carol A. Doyle |
| | ) |
| Debtor(s) | ) |
| | ) Adv. No.: |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

**ORDER GRANTING THE FOURTH INTERIM FEE AND FINAL APPLICATION OF
GENSBURG, CALANDRIELLO & KANTER P.C. AS COUNSEL TO THE DEBTOR**

Upon consideration of the Fourth Interim and Final Application of Gensburg Calandriello & Kanter, P.C. ("Gensburg Calandriello"), Counsel to the Debtor, for the Time Period from January 1, 2021 through and Including October 28, 2021 (the "Application");

IT IS ORDERED that:

1.  Interim approval of the Application is GRANTED, and Gensburg Calandriello is allowed compensation in the amount of $27,893.00 and and reimbursement of expenses in the amount of $49.12 for the application period in the amount set forth in its Application.

2.  Gensburg Calandriello is allowed final compensation in the amount of $172,850.00 and reimbursement of expenses in the amount of $2,531.86.

3. The Debtor is authorized to disburse to Gensburg Calandriello payments in the amount of 100% of the remaining unpaid total fees as set forth in the Application and 100% of the remaining unpaid total expenses set forth in the Application.

4.  Gensburg Calandriello & Kanter, P.C. is allowed a Chapter 11 administrative expense claim against the Debtor's estate in the amount of $70,994.81.

Enter:

Honorable Carol A. Doyle

Dated:  October 28, 2021

United States Bankruptcy Judge

**Prepared by:**

E. Phillip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200
Facsimile: (312) 263-2242